United States District Court - Eastern District of Texas; May 11th, 2020

Excuse me, is (case#: 6:20-cv-00071-JDK-JDL) still going because I can't get any response from Attorney Tanika J. Solomon at all and may need to take it away from her and find other help elsewhere.?! I need to know its full status please...

Can I please get a copy of what she filed for me so I know what to do?! its crazy what she's putting me through... Thanks! Also if I want to take it over what must I do?! Would a sworn affidavit be enough.?! Please let me know~ Thanks!

Sincerely,
Jamon N. Hestand #1343536
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

* My Social Security # is ▮▮▮▮▮
* I was Born: ▮▮▮▮▮



CLERK, U.S. DISTRICT COURT RECEIVED MAY 15 2020 EASTERN DIST. OF TEXAS

Damon N. Hestand #1343536
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

USDC - Eastern District of Texas
211 W. Ferguson St.
Tyler, TX 75702

NORTH TEXAS TX PBDC
DALLAS TX 750
13 MAY 2020 PM 5 L

