IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND | § | |
| VS. | § | CIVIL ACTION NOS. 6:20cv71 |
| CAPTAIN J. ENGE, ET AL. | § | |

<u>SHOW CAUSE ORDER</u>

On February 13, 2020, Plaintiff Hestand, through counsel, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 concerning events at the Michael Unit within the Texas Department of Criminal Justice (TDCJ). Plaintiff paid the requisite filing fee and is, therefore, not proceeding *in forma pauperis*.

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P 4(m). Here, more than 90 days has passed since the complaint was filed and no evidence of service on Defendants exists on the record.

Accordingly, within **14 days** of the issuance of this Order, Plaintiff shall serve Defendants and file a proof of service with the Court. Should Plaintiff fail to timely provide proof of service in accordance with this Order, Plaintiff's Complaint will be subject to dismissal by the Court.

**So ORDERED and SIGNED this 18th day of May, 2020.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1