AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| JAMON HESTAND, <br> *Plaintiff(s)* <br> v. <br> TEXAS DEPARTMENT OF CRIMINAL JUSTICE, J. ENGE, and B. NEAL <br> *Defendant(s)* | Civil Action No. 6:20-cv-00071-JDK-JDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  B. Neal
Michael Unit
2664 FM 2054
Huntsville, Texas 77320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tanika J. Solomon
T.J. Solomon Law Group, PLLC
2120 Welch Street
Houston, Texas 77019
713-640-5956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/5/20

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-00071-JDK-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **B. Neal**
was received by me on *(date)* **6-5-2020**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Delivered by USPS First Class Certified Mail on July 21, 2020 @ 9:08 a.m.**

My fees are $ **50.00** for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7-21-2020**

*Everett Von Moore*
Server's signature

**Everett Von Moore — Authorized Person**
Printed name and title

**4826 Paradise Ln, Houston, Texas 77048**
Server's address

Additional information regarding attempted service, etc:


**UNITED STATES**
**POSTAL SERVICE**

July 21, 2020

Dear Everett Moore:

The following is in response to your request for proof of delivery on your item with the tracking number: **9514 8066 2701 0196 4072 24**.

### Item Details

**Status:** Delivered
**Status Date / Time:** July 21, 2020, 9:08 am
**Location:** TENNESSEE COLONY, TX 75861
**Postal Product:** First-Class Mail®
**Extra Services:** Certified Mail™
Return Receipt Electronic

### Shipment Details

**Weight:** 3.0oz

### Recipient Signature

Signature of Recipient: *Macie Wier / Macie Wier*

Address of Recipient: *Michael*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004