# ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND MOTION FOR LEAVE TO AMEND COMPLAINT AND FOR SERVICE OF PROCESS

After considering Plaintiff, Jamon Hestand's motion and arguments on the same, The Court hereby grants Plaintiff's motion.

It is so ORDERED, that *Plaintiff's Amended Complaint* shall be filed no later than _____; It is further ORDERED that all Defendants shall be served no later than _____; and that Plaintiff's Reply in Opposition to Defendant's Motion to Dismiss shall be filed no later than _____.

ENTRY REQUESTED BY:

Respectfully submitted by:

By: *Tanika J. Solomon*
Tanika J. Solomon
Texas Bar No. 24055713
Email: attorney@tjsololaw.com
2120 Welch Street

1

Houston, Texas 77019
Tel. (713) 640-5956
Fax. (713) 640-5944