**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **JAMON HESTAND,** § | |
| **TDCJ NO. 01343536,** § | |
|    *Plaintiff,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 6:20-CV-00071** |
| § | |
| **TEXAS DEPARTMENT OF CRIMINAL** § | |
| **JUSTICE, ET. AL.,** § | |
|    *Defendants.* § | |

### ORDER

Having read and considered Defendants Major Jamadre Enge and Officer Barbara Neal's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), along with the other pleadings filed herein, the court is of the opinion that the following order shall issue:

It is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

It is further **ORDERED** that any and all claims brought by Plaintiff Hestand against Defendants Major Enge and Officer Neal are **DISMISSED WITH PREJUDICE**.

This order disposes of all claims against Defendants Major Jamadre Enge and Officer Barbara Neal. This Order as to Major Jamadre Enge and Officer Barbara Neal is final and appealable. Any relief not granted herein is specifically denied.