IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| JAMON HESTAND | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NOS. 6:20cv71 |
| CAPTAIN J. ENGE, ET AL. | § | |

ORDER

Before the Court is Plaintiff's first motion for an extension of time, (Dkt. #13), in which to respond to Defendants' motion to dismiss. In support, counsel for the Plaintiff explains that her office operations have been shut down due to the COVID-19 pandemic, and "the logistics regarding communications, collecting medical information, and obtaining grievance files to amend Plaintiff's pleadings have been hampered." Counsel further notes that Plaintiff needs additional time to procure information from the prison unit and the of State Counsel for Offenders' office. The motion is reasonable. Accordingly, it is

**ORDERED** that Plaintiff's first motion for an extension of time, (Dkt. #13), is **GRANTED** to the extent that Plaintiff shall file the response to Defendants' motion to dismiss no later than Friday, October 9, 2020. Further extensions of time may not receive favorable consideration absent extraordinary circumstances.

**So ORDERED and SIGNED this 26th day of August, 2020.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1