UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND, | § | |
| Plaintiff | § | |
| | § | |
| V. | § | Case Number 6:20-cv-00071 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, J. ENGE, | § | |
| And B. NEAL | § | |
| Defendants | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Having considered *Plaintiff's Motion for Leave to File a Late Response to Defendant's Motion to Dismiss*, The Court hereby GRANTS Plaintiff's Motion.

Plaintiff's Response to Defendant's Motion to Dismiss is due on or before October \_\_\_\_\_, 2020.

Signed: _____, 2020.

_____

1