United States District Court, Eastern District of Texas...
*October 20th, 2020

Please give me an update of "Case#: 6:20-cv-00071-JDK-JDL" from February 13th, 2020 up til now please...

Also, who exactly can I write there to ask questions, report possible retaliation, get updates, etc...?! Attorney Tanika J. Solomon is really cool but I'm just wanting to participate however I can, when I can. It's bad in here for real!

I hope y'all are safe from COVID-19 out there. Thank you for your time & effort in my behalf! Bless y'all! Happy Halloween too!

SSN [redacted]

Sincerely,
Jamon N. Hestand #1343536
Estelle Unit
264 FM 3478
Huntsville, TX 77320

[CLERK, U.S. DISTRICT COURT RECEIVED OCT 26 2020 EASTERN DIST. OF TEXAS]

*P.S. - I feel like I've been in a car wreck with non-stop pain! Prison Officials & Staff hurt me a bunch of times with serious injuries and violated my Civil Rights many times to the point of madness! I have flashbacks of them hurting me and violating my rights! This whole Prison sentence has been pure torture non-stop! It's truly sick & demented how they have mistreated me to such an extreme and done everything they can to cover it all up on purpose! There's no rehabilitation in here! This place just makes mental illness worse & worse! It's torture!

Mr. Jamon N. Hestand #1343536
Estelle Unit
264 FM 3478
Huntsville, TX 77320

(Legal Mail)

NORTH HOUSTON TX 773
22 OCT 2020 PM 6 L

USDC - Eastern District of Texas
211 W. Ferguson ST Rm 106
Tyler, TX 75702

75702-72209

FOREVER / USA



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION