UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND, | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | Case Number 6:20-cv-00071 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, J. ENGE, | § | |
| And B. NEAL | § | |
|     Defendants | § | |

### ORDER GRANTING PLAINTIFF'S FINAL MOTION FOR LEAVE TO AMEND COMPLAINT

Having considered *Plaintiff's Final Motion for Leave to Amend Complaint* The Court hereby GRANTS Plaintiff's Motion.

Plaintiff's Response to Defendant's Motion to Dismiss is due on or before December 28, 2020.

Signed: _____, 2020.

_____