IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND | § | |
| VS. | § | CIVIL ACTION NO. 6:20cv71 |
| CAPTAIN J. ENGE, ET AL. | § | |

## ORDER

Before the Court is Plaintiff's, through counsel, third motion for an extension of time, (Dkt. #18), in which to amend his complaint and respond to Defendants' motions to dismiss. In support, counsel explains that she has experienced two medical emergencies and that perfecting the amended complaint has required her "to review several hundred new grievances and correspondences." Counsel further notes that she "simply has not had enough time to process and read each of the grievances along with the tens of dozens of Plaintiff's letters which explain his injuries and allegations" and requests a brief extension. The request for a brief extension is reasonable. Accordingly, it is

**ORDERED** that Plaintiff's motion for an extension of time, (Dkt. #18), is **GRANTED** to the extent that Plaintiff shall file his amended complaint and response to Defendants' motions to dismiss no later than January 15, 2021. Further extensions will not be granted.

**So ORDERED and SIGNED this 28th day of December, 2020.**

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE