**PLAINTIFF'S EXHIBIT A**

COPY #12

THIRD JUDICIAL DISTRICT COURT OF ANDERSON COUNTY, TEXAS

INDICTMENT NO. 87CR-20-34556   BOND: $ 25,000

STATE OF TEXAS VS. JAMON NATHANIEL HESTAND

CHARGE: AGGRAVATED ASSAULT (SERIOUS BODILY INJURY)
OFFENSE CODE: 13150004
TRN: _____
SID NO.: 06228192
CODE & SECTION: 22.02 of the Texas Penal Code
OIG NO.: 18-12577

FILED PER RECORD 2020 MAY 27 AM 11:

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS, duly selected, organized, sworn and impaneled as such for the County of Anderson, State of Texas, at the January Term, 2020, A.D. of the District Court for said County, upon their oaths present in and to said Court, that on or about the 5th day of November, 2018 and anterior to the presentment of this Indictment, Jamon Nathaniel Hestand, did then and there intentionally, knowingly, and recklessly cause serious bodily injury to Q. Goodman by striking the said Q. Goodman with a hot liquid in the head and/or face.

ENHANCEMENT PARAGRAPH(S)

And it is further presented that, prior to the commission of the charged offense (hereinafter styled the primary offense), on the 10th day of February, 2000, in cause 99CR0772 in the 122nd Judicial District Court of Galveston County, Texas, the defendant was finally convicted of the felony offense of Murder.

And it is further presented that, prior to the commission of the primary offense, and after the conviction in cause number 99CR0772 was final, the defendant committed the felony offense of Burglary of a Habitation and was finally convicted on the 2nd day of December, 2005 in Cause No. F-2005-1052-B in the 158th Judicial District Court of Denton County, Texas.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

SIGNED: _____

ANDERSON COUNTY GRAND JURY
FOREPERSON

IDENTIFIERS:

RACE: White   SEX: Male   D.O.B.: 4/27/1981   HEIGHT: 6'00"   WEIGHT: 170
FBI: 31803LB6   TDCJ: 01343536

LAST KNOWN ADDRESS: Beto Unit, Texas Department of Criminal Justice, 2664 FM 2054; Tennessee Colony, TX 75886

ARREST STATUS: In TDCJ Custody—Not arrested—Issue Warrant