## Sworn Affidavit

I am Demarcus Jackson currently housed at Michael Unit, and on 7-31-2018 on 12 Building A pod 3 Section about 1am in the morning inmate Hestand was asking Co Casteel, O Michael about why he, hasnt had access to medical treatment, and then thats when Co Casteel went to telling him that he can get him to medical but when he get him there he was going to take the handcuffs off and beat him up because aint no camera there to keep him safe, he also stated how he was going to have sex with his Mother and sister when he got a chance too look them up and find their contact numbers ! He also was inticing him to due something if he considered himself a man. Also he keep coming back when he was exiting the Pod provoking and antagonizing inmate Jamon N. Hestand 1343536 " I declare under penalty of perjury that the foregoing is true and correct. Executed On: (7-31-1

Demarcus Jackson 1515878