**PLAINTIFF'S EXHIBIT C**

## Sworn Affadavit

At or around 1:00 AM on July, 31, 2018 I, Joseph Williams, witnessed officer Michael. O. Casteel threaten, offender, Jamon. N. Hestand #1343536 in 12 Building, A Pod, 3 section 31 cell, to assault offender Hestand in medical where there are no cameras. I also heard him say he would find his family (MOTHER AND SISTER) and do things to them as well. Officer Casteel was intentionally and deliberately antagonizing offender Hestand. Officer Casteel was very unprofessional in the way he handled matters constantly using profanity and taunting language and gestures. I watched and heard this from 36 cell of 12 Building, A Pod, 3 section.

I Declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8-10-2018

Joseph Williams #2158219
Joseph Williams