# SWORN AFFIDAVIT

STATE OF TEXAS
COUNTY OF PALESTINE

"My name is <u>Anthony Whitaker #1824873</u>. I am an offender confined in the Texas Department of Criminal Justice, am over 18 years of age, of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein stated:

'On the date of April 9th, 2020, at approximately 3:15pm to 3:55pm, at the Michael Unit, on 12 building · B pod · 4 section Plaintiff Jamon Hestand complained an severe issue to prison staff that an razor blade was found in his lunch-food tray. At this exact date and time I came out of one row shower, on 12 building B pod 4 section, and witnessed an razor blade in Mr. Hestands food as he manifested it to me on my way back to my cell. Food managers; Napoleon Adozi, Joseph Biscoe, Copper Brasher, Teara Farris, Patricia File, David Hartzog, Jerry McCoy, Margarita Rose, Shaquita Stephens, Donna Thompson, Therese Tsogo, and Ebere Totty are all held accountable for the food served to prison inmates, in TDCJ, to be clean, edible and free from harm.'

CERTIFY UNDER PENALTY OF PERJURY THAT THE INFORMATION [EN]CLOSED IS TRUE AND CORRECT.
[Ex]ecuted in Palestine, State of Texas, on the 12th day of April 2020.
Anthony Whitaker - /s/ Anthony Whitaker