# Sworn Affidavit

On September 4th, 2020 I was taken to Michael Unit 1-Building from 12 Building B-Pod 44 cell for an interview with "Office of the Inspector General" Officer Curtis D. Bitz (Who is the same Officer who did a very incomplete & sloppy investigation on purpose in regards to "Cause No. 87CR-20-34556 at the 87th Judicial District Court of Anderson County, TX pertaining to allegations of assault with serious bodily injury around November 5th, 2018 against Quaja D. Goodman which led to me supposedly being indicted with very little evidence against me while deliberately ignoring very obvious & enormous amounts of evidence in my favor that shows my innocence) to discuss me being assaulted & battered with serious injuries on April 5th, 2020 by Prison Officials & Staff illegally...

During this interview I related events outlined in Grievance #s: 2020102297, 2020105677, 2020111408, 2021001144, etc. and brought up how these events may be tied to events from March 4th, 2020 where I was again assaulted & battered with serious injuries as outlined in Grievance #s: 2020041887 & 2020047547 and how it could be retaliation for me exercising my access to courts rights also.

I made clear during that interview that I do want my Victim's Rights fulfilled on Video Recording... But OIG Officer Curtis D. Bitz seemed to only be talking about getting them disciplined and/or removed from the premises of TDCJ-CID and not getting them put in jail for criminal charges such as but not limited to: Assault & Battery with serious Bodily Injury, Conspiracy Against My Rights, Obstruction of Justice, Official Oppression, Abuse of Office, etc. but Officer Curtis D. Bitz did screw me over when there was criminal allegations against me as forementioned by doing a very incomplete investigation that has deliberately put my Life & Liberty in serious danger and has aggravated my mental illness to the extreme!

During the interview I got to see the main part of the April 5th, 2020

Use of Force Video and could see where I was deliberately dragged into a dark cell in hand & feet restraints and could partially see the Prison Staff attacking me and there is audio with it! It's a vicious attack against me! I started tripping out like freaking out with flashbacks and Officer Bitz had to calm me down and cut the video off!

He told me he was gonna talk to Lt. Shayna M. McArthur next and work his way down the list of 8+ involved Prison Officials & Staff but here it is September 21st, 2020 and I'm still being exposed to these Staff who were involved in the incident such as on September 7th, 11th, 17th, and 18th, 2020 where "Miami" who I finally identified as Officer Obadina S. Omoaka (who was the one who dragged my left foot in dragging me into the cell and was in between the cell table & toilet and was the one who slapped my glasses off my face and personally slapped my face, punched my head, and kneed my forehead all multiple times on top of what the other 3 were doing) and another Officer that was personally involved have antagonized me on purpose, handled my food and mail making me paranoid and extremely angry! It's like they are taunting me, trying to get me to do something hostile which I already feel like doing! Obadina S. Omoaka worked near me on September 7th, 2020 on 12 Building B-Pod between 5:14am to 9am, etc. and again on "Sept. 11th, 2020 at 6:46pm, etc. and again on Sept. 18th, 2020 at 6:18pm to 7:18pm, etc. and the other Officer that I have not identified and who wears no name tag and refuses to identify himself worked on September 17th to 18th, 2020 at 11:25pm on the 17th and 2:05am on the 18th, etc., who was also involved in the April 5th, 2020 incident forementioned! It's insane!

I've been exposed to many Prison Officials & Staff from February 13th, 2018 up to December 9th, 2019 to March 9th, 2020 to April 5th, 2020 and up to now and ongoing and I have witnessed first hand how the "Office of the Inspector General" will very quickly conspire with Prison Officials & Staff to obstruct Justice for crimes these Prison Officials & Staff commit against inmates but are very quick

to investigate any real or imagined Crimes against Incarcerated Persons so they can keep us in prison indefinitely on purpose and they will not do a full investigation of the facts so that their report to the District Attorney favors a conviction against the inmate like Mr. Bitz did to me as forementioned...

My Life & Liberty are in danger! I am still being denied my Victim's Rights as of yet! All those involved Prison Staff should be fully investigated properly and Indicted with felony criminal charges! They need to go to jail for what they did to me and all my Victims' Rights need to be fulfilled according to Fedral & State Law! It's already been a long time where I've been forcefully exposed to Prison Officials & Staff who injured me on purpose knowing that I'm mentally ill & disabled!

It was Officers Tori L. Boykin & Hilda Mengel of TDCJ-CID who escorted me to & from that Interview. The Interview was around 11am to 12pm of September 4th, 2020 recorded on Video by OIG-Officer Curtis Bitz... During the Interview, Mr. Bitz agreed I was telling the truth! I explained my willingness to submit to a polygraph test in regards to any forementioned Use of Force incidents and my desire for these Prison Officials & Staff involved to do the same but he didn't seem to want to do that at all for some reason... He also wouldn't tell me the names of all the staff involved which is part of my Victims Rights saying he couldn't share that knowledge with me even though I am already aware of Lt. Shayna M. McArthur, Sgt. Adesanya S. Adeniran, CO-Olubunmi Oseye, CO-Obadina S. Omoako, Sgt. Franlin G. Nzeribe, et. al.!

While all this is going on, I am still injured in pain continuously and I've had symptoms of COVID-19 since April 2020 non-stop! I keep coughing, experience fatigue, headaches, congested nose, something in my lungs, etc. and I'm still denied proper medical examinations and treatment! And here I am still exposed to a bunch of Prison Officials and →

Case 6:20-cv-00071-JDK-JDL   Document 20-5   Filed 01/15/21   Page 4 of 4 PageID #: 107
PLAINTIFF'S EXHIBIT E

Staff who violated my rights to the far extreme! It's real messed up to keep from cussing! I'm paranoid, in pain, suffering, very angry, and sick! I keep having flashbacks of all the endless abuse & corruption with vicious attacks against me by Prison Officials & Staff!

Lately, Grievance Department Suprivisor here on Michael Unit: Margaret M. Price and her subordinates are repeatedly violating my Protected Conduct of Filing Grievances and both the Medical Department Employees & Prison Escort Team or Diversion Team are denying me all my important medical appointments back to back like on September 2nd, 9th, and 15th, 2020 that I know of and they lie their asses off saying I "verbally refused" without even coming to my cell at all!! It's straight up torture!

I just found out from Nurse Collins at 3am here on September 21st, 2020 as I bring this to a close that I was also jacked for another medical chain/appointment to Hospital Galveston on September 4th, 2020, once again!! It's endless retaliation & harassment! I'm infuriated! It's unbelievable hateful ignorant behavior from these Prison Officials & Staff and the OIG! It's a real coordinated conspiracy against my rights with a campaign of retaliation & harassment for me exercising my access to courts, petition, and due process rights that has gone on non-stop especially since February 13th, 2018 up til now & ongoing! I need protection from all these involved Prison Officials & Staff! I need my Victim's Rights honored & fulfilled for all these crimes that have been committed against me from February 13th, 2018 up til now! I need the Office of Inspector General to do their job properly and for those who didn't to be punished properly! I need immediate medical examinations & treatment for all my injuries & illness! I need proper psychological treatment/therapy continuously! I need to be transferred to Ramses Unit immediately with all my property to be in General Population & close to Hospital Galveston for easy access! "I declare under penalty of perjury that the foregoing is true & correct to the best of my knowledge."
Executed On: September 21st, 2020   Tamon Nathaniel Hestand