# Sworn Affidavit

While on medical chain/transport from Estelle Unit in a bus during the COVID-19 pandemic, we stopped at Estelle High Security to pick up a couple more people of which one had a very grim but true story to tell as follows:

✻ On September 23rd, 2020 at Estelle High Security B-Wing 307 cell "Kerry Bell" #1567257 an "Incarcerated Person" witnessed 2 Correctional Officers namely: CO-Luke & CO-Matthews murder Incarcerated Person "Mark Williams" who was located directly across from Kerry Bell in cell# B-302 between 6pm to 7pm that day!

It started with these Officers refusing to feed Mr. Mark Williams and with him stuck behind a cell door in solitary confinement for unknown reasons from Mr. Kerry Bell's perspective, which led to Mr. Mark Williams flooding the run out of his cell, so the 2 forementioned Officers went to his cell and threatened him that if he didn't stop they were gonna come in and hurt him bad... The 2 Officers left and came back shortly to Mr. Williams cell door --- One of the Officers called in on his walkie talkie to the "Main Control" to roll Mr. Williams's cell door .. The door rolled and Mr. Williams tried to come out but Officer Luke & Officer Matthews pushed him back into the cell and Officer Luke began beating Mr. Williams down with a solid metal tray slot bar and once he was down, Officer Matthews kicked/stomped Mr. Williams in the head about 9 solid times in between Officer Luke's attacks with the tray slot bar!

Once they were done beating Mr. Mark Williams to death they left him for dead, exited the cell, called in to the "Main Control" on the walkie talkie to shut the cell door, and left the crime scene behind... After shift change Incarcerated Person "Mr. Mark Williams" was ⟶

found dead in Estelle High Security B-Wing -302 cell by on duty staff. Medical Personnel responded to the scene and confirmed the death. Prison Staff put the body on a stretcher covered with a sheet tampering with a crime scene but did put a "Label" on the cell door stating for "no-one to enter"!

　　　I met this <u>main witness</u> on the transport bus going to Hospital Galveston. When he first got on the bus he was shaking/trembling like he was real nervous or had a nerve disorder but calmed down a bit once he told the story and I began to interview him for details. We don't know Mr. Mark Williams' TDCJ# but apparently Mr. Williams got visits on a regular basis so his People are surely about to find out soon. I gave Mr. Kerry Bell my word that I would report this madness immediately and so here I am doing just that! It's cold blooded murder! Mr. Mark Williams was a Black Man of unknown age. Officer Luke was a White man and Officer Matthews was a Black Man... "Both unknown ages."

　　　There seems to be more to this murder than meets the eyes & ears of Mr. Kerry Bell such as the reason for such serious aggression/violence but regardless of the reason, it's still <u>Murder!</u> The 2 Officers never reported anything after killing Mr. Mark Williams, instead they left the scene and left the entire Estelle High Security altogether! That's a <u>conspiracy to commit murder</u>, obstruction of Justice, Abuse of Office, Official Oppression, Deadly Conduct, etc. ---* <u>Whoever</u> Mr. Mark Williams' Loved Ones are, they need <u>immediate</u> Legal Representation to get full justice, relief, and punishment for this crime immediately! ~ Mr. Kerry Bell is scared to be a witness but wants to push past that fear in the name of justice!

　　　"I declare under penalty of perjury that the foregoing is true & correct to the best of my knowledge.

　　　　　　　　　　　Executed On: September 27th, 2020

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand