## Sworn Affidavit:

Since about November 6th, 2020, I have relentlessly reported the following symptoms to Medical Personnel here on Estelle Unit along with On Duty Staff: Fatigue, chest pain, nausea, sore throat, congested nose, cough, sneezing, diarrhea, feeling something in my lungs that burns, etc. to the following medical staff: Provider Temitope Adams, Nurse Sherman, Nurse Michelle Northcutt, Nurse Cheryl Long, Nurse Hutt, et. al. and have been deliberately denied lab test for flu and/or COVID-19 infections all the way til now here on December 3rd, 2020 & ongoing! I'm being tortured on purpose!

I also reported symptoms to Medical Personnel at Hospital Galveston including: Nurse Brown and Doctor Orihuela on November 12th, 2020 that I had symptoms such as: fatigue, cough, chest pain, blood in my congested nose, serious nausea, feeling something in my lungs, loss of appetite, feeling like I was going to vomit, etc. and I was still denied a lab test for COVID-19 and/or flu "Influenza" and I told on duty staff like Officer Taylor, Officer Cloy, Officer Cano, et. al. and was refused medical attention/lab test/treatment by everyone working under color of state law!! At the Hospital Galveston!

Here it is December 3rd, 2020 and I am still sick and even sicker with: serious nausea, heartburn, fatigue, cough, burning in my lungs, diarrhea, congested nose, chest pain, itching in my ears, food not tasting right, sore throat, shortness of breath, hard to eat my food, anger & depression, some sneezes, etc. and I am still being denied lab test for COVID-19 and/or Influenza by Medical Personnel on Estelle Unit!

I can hear other Incarcerated Persons & Prison Staff coughing & sneezing around me here in A2-102 cell on the main building of the Estelle Unit which is a Medical Facility full of Incarcerated Persons at very high risk of death and/or serious health problems from COVID-19 and/or Influenza but Prison Officials & Staff are not doing mass lab testing for either disease so they can pretend the positive cases are low when in fact, they are only testing the very sickest prisoners with extreme obvious symptoms while refusing to test anyone else while all →

Prison Officials & Staff come & go through only a selective temperature test back & forth from Society in & out of what has become a breeding ground for COVID-19 that Prison Officials lie about on purpose so they can keep Prison Slaves working for free for their ignorant monetary interests during this Worldwide Pandemic outbreak! They are monsters with evil intentions!

It's cold back here on A-Wing due to very poor insulation and the vents that blow heat being very weak! We have filthy showers! We can't get no clean clothes or laundry on a regular basis! We rarely get any cleaning supplies! We are denied lab test for COVID-19 on purpose! The food & drinks at every meal go through cross-contamination of Staff & Incarcerated Workers touching all sorts of things and touching our trays & drinks and their masks/faces/etc.! It's terrible!

I am in serious pain from unsolved multi-site injuries related to the excessive/illegal uses of force from February 13th, 2018; December 4th, 2019; March 4th, 2020; and April 5th, 2020 and I am obviously sick with COVID-19 but I am being denied lab test & treatment on purpose! I've wrote Medical & reported my symptoms non-stop! And they don't give a damn about me or any others at all! I need help badly! We all need help badly! The Virus never stops in here! There's nowhere to run and nowhere to hide! I've been hit by wave after wave and I'm beat down with my injuries at the same time! Please help me!

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: December 3rd, 2020

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand