IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND | § | |
| VS. | § | CIVIL ACTION NO. 6:20cv71 |
| CAPTAIN J. ENGE, ET AL. | § | |

ORDER

The Court has received Plaintiff's amended complaint, (Dkt. #20), which is now the operative complaint in this case. An amended complaint entirely supersedes and takes the place of the original complaint. *See Clark v. Tarrant Cnty.*, *Texas*, 798 F.2d 736, 740 (5th Cir. 1986). Accordingly, given Plaintiff's amended complaint, Defendants' motions to dismiss, (Dkt. ##7, 12), are now moot.  Therefore, it is

**ORDERED** that Defendants' motions to dismiss, (Dkt. ## 7,12), are **DENIED** as **MOOT**—subject to reurgance.

**So ORDERED and SIGNED this 19th day of January, 2021.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1