*Mailed Out ↑*

Excuse me, I got suddenly transferred back to Michael Unit and need the update of Case#: 6:20-cv-00071-JDK-JDL sent to me here instead as soon as possible, thank you!

Other than that, I need to state for the record that I am extremely frustrated & hugely disappointed that I am not getting proper Legal Protection from the long list of Prison Officials & Staff who have Conspired against my rights continuously especially since February 2018 up to now & ongoing with evil intentions & evil motives and also especially from those Prison Officials & Staff directly involved in assaulting & battering me with Serious injuries on: February 13th, 2018/December 4th, 2019/March 4th, 2020/and April 5th, 2020 here on Michael Unit!!!

I'm also sick inside from being denied my "Victims' Rights" by the "Office of the Inspector General" Staff here on Michael Unit such as OIG-Officer Curtis D. Bitz, et.al. who know very clearly about the illegal behavior committed against me on those forementioned dates that contain a whole bunch of felony crimes committed against by Prison Officials & Staff involved in those incident dates such as: Conspiracy Against My Rights, Obstruction of Justice, Deprivation of my Rights Under Color of Law, False Statements on Official Documents, Perjury, Torture, Tampering with Criminal Evidence, Assault & Battery with Serious Bodily Injury, Abuse of Office, Official Oppression, Deadly Conduct, Harassment & Retaliation for me exercising my Petition/Access To Courts/and Due Process Rights in the Federal Courts, etc. etc.!!!

The Office of the Inspector General, et.al. is Conspiring against my rights with Prison Officials & Staff to specifically Obstruct Justice and deny me my "Victims' Rights" for the felony crimes committed against me by Prison Officials & Staff as forementioned! What the Office of the Inspector General, et.al. is doing to me therefore is also a felony crime! It is very specifically a conspiracy against my rights to Obstruct Justice for felony crimes Crimes committed against me and to Obstruct Justice for Felonies is a Felony!!!

I want my Victims' Rights fulfilled properly & immediately! It's crazy as hell how I'm here on Michael Unit with all these People who almost killed me on purpose! Not even 2 days after coming back on January 7th, 2021 from Estelle Unit, on January 9th, 2021 here on Michael Unit 12 Building D-Pod 75 cell at about 2:30am, I come face to face with C.O.-Obadina S. Omoaka (AKA-MIAMI) who was one of the Prison Staff who assaulted & battered me with serious injuries on April 5th, 2020!!! It's madness and it shows me that OIG-Officer Curtis D. Bitz who I spoke to on Video recording on September 4th, 2020 here on the Michael Unit, hasn't done anything to bring the Prison Officials & Staff to Justice for the Felony Crimes they committed against me! I've already found out Lt. Shayna M. McArthur is still here also along with many others involved in Felony Crimes committed against me on the specific dates forementioned as if they never did no wrong!

This Obstruction of Justice by the Office of the Inspector General, et.al. is putting my Life & Liberty in very serious danger right now! The OIG-Officer Curtis D. Bitz who is supposed to investigate these crimes against me and obviously not doing anything over 4 months later is the same OIG-Officer who was the one who did a terrible job on purpose of investigating false allegations against me from November 5th, 2018 by deliberately doing an extremely outrageously incomplete investigation of the facts and by with-holding the most incredible amount of evidence in my favor on purpose that proves I am innocent of the allegations such as over 21 Prison Employee witness statements and the complete lack of anything to make hot water with in the first place along with video evidence between the supposed incident all the way to days later that shows very clearly that the criminal allegations against me are False!!! It's insane the crap I'm being forced to deal with all at once in this stupid Psyche Program at Michael Unit that I never wanted to be part of in the first place! I believe that was done by OIG-Officer Curtis D. Bitz at that time to help Prison Officials & Staff gain some sort of leverage against me to try and get me to stop exercising my Petition/Access To Courts/and Due Process Rights which I was doing from February 13th, 2018 up to that point & beyond up til now & ongoing!!!

So saying, I do not feel safe in the TDCJ-CID at all when it seems all the forces of TDCJ-CID & the O.I.G. are against me very obviously in a conspiracy against my rights that has both put & left my Life & Liberty in very serious danger on purpose! I think I should be either released from TDCJ-CID immediately into Society or taken into Fedral Custody immediately! I have been and am being tortured non-stop! I am injured still and can't even get proper medical care for the injuries the Prison Officials & Staff caused me in the first place!

How can I be silent about this?! My Human & Civil Rights are being violated non-stop by Prison Officials & Staff and the O.I.G. on purpose! They know exactly what they are doing and they know it is wrong! I haven't heard from Attorney Tonika J. Solomon since November 10th, 2020 when we had a short Legal Visit and I was supposed to hear from Her again before the December 18th, 2020 deadline to amend the Complaint for Case #: 6:20-cv-00071-JDK-JDL to discuss it but haven't heard from Her since November 10th, 2020 and I am concerned now rightfully so with all the utter chaos going on in the World so I have no choice but to reach out to the Court as I am doing now so everyone knows that I am in a very dangerous situation that both Prison Officials & Staff and the O.I.G., et. al. have put me in and left me in on purpose and I need help immediately before something very bad happens again! Please help me get released from TDCJ-CID immediately or take me into Fedral Custody immediately to protect me properly from this overwhelming corruption --- and help me get all my Victim's Rights fulfilled completely for all the felony crimes committed against me now!

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed On: January 12th, 2021

Social Security # 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

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand"

Mr. Jamoin N. Hostand #1343536
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

USDC - Eastern District of Texas
211 W. Ferguson Street
Tyler, TX 75702 USA

NORTH TEXAS TX P&DC
DALLAS TX 750
15 JAN 2021 PM 10 L

