**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JAMON HESTAND,** § | | |
| **TDCJ NO. 01343536,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 6:20-CV-00071** | |
| § | | |
| **TEXAS DEPARTMENT OF CRIMINAL** § | | |
| **JUSTICE, ET. AL.,** § | | |
| *Defendants.* § | | |

**TDCJ, MAJOR ENGE AND OFFICER NEAL'S OPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

# Exhibit 2

# Proposed Order to Defendants' Motion to Dismiss

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JAMON HESTAND, <br> TDCJ NO. 01343536, <br>     *Plaintiff*, <br><br> v. <br><br> TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET. AL., <br>     *Defendants.* | § § § § § § § § § § | CIVIL ACTION NO. 6:20-CV-00071 |

## ORDER

Having read and considered Defendants TDCJ, Major Jamadre Enge and Officer Barbara Neal's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), (5) and (6), along with the other pleadings filed herein, the court is of the opinion that the following order shall issue:

It is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** in its entirety.

It is further **ORDERED** that any and all claims brought by Plaintiff Hestand against Defendants TDCJ, Major Enge and Officer Neal are **DISMISSED WITH PREJUDICE**.

This order disposes of all claims against Defendants TDCJ, Major Jamadre Enge and Officer Barbara Neal. This Order as to TDCJ, Major Jamadre Enge and Officer Barbara Neal is final and appealable. Any relief not granted herein is specifically denied.