IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND, <br> TDCJ NO. 01343536, <br>    *Plaintiff*, <br><br> v. <br><br> TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET. AL., <br>    *Defendants.* | § § § § § § § § § | CIVIL ACTION NO. 6:20-CV-00071 |

## ORDER

Having read and considered Defendants the Texas Department of Criminal Justice ("TDCJ"), Major Jamadre Enge and Officer Barbara Neal's Motion for Leave to File their Motion to Dismiss Out of Time, along with the other pleadings filed herein, the court is of the opinion that the following order shall issue:

It is hereby **ORDERED** that Defendants' motion to file their motion to dismiss out of time is **GRANTED**.

It is further **ORDERED** that Defendants' motion to dismiss and proposed order, attached to their motion for leave as Exhibits 1 and 2, be deemed filed as of the date of this order.