IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND | § | |
| VS. | § | CIVIL ACTION NO. 6:20cv71 |
| CAPTAIN J. ENGE, ET AL. | § | |

ORDER

Before the Court is Defendants' motion for leave, (Dkt. #23), to file a motion to dismiss Plaintiff's amended complaint. Counsel for Defendants explains that she inadvertently failed to file a responsive pleading or answer to the amended complaint on February 4, 2021—which was unintentional and the result of a very heavy caseload. The proposed motion to dismiss is attached to Defendants' motion for leave. Defendants' motion is reasonable, and the motion to dismiss shall be considered timely filed. Accordingly, it is

**ORDERED** that Defendants' motion for leave, (Dkt. #23), is **GRANTED**. Further, it is

**ORDERED** that any response to Defendants' motion to dismiss shall be filed no later than Friday, March 5, 2021.

**So ORDERED and SIGNED this 4th day of February, 2021.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE