IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND | § | |
| VS. | § | CIVIL ACTION NO. 6:20cv71 |
| CAPTAIN J. ENGE, ET AL. | § | |

ORDER

On February 4, 2021, the Court granted Defendants' motion for leave to file a motion to dismiss Plaintiff's amended complaint, (Dkt. #24), and ordered Plaintiff's response due by March 5, 2021. However, Defendants' motion to dismiss was attached as Exhibit 1 and inadvertently not docketed at that time. The motion to dismiss was thereafter filed on March 24, 2021, (Dkt. #26). Pursuant to this Court's Local Rules, Plaintiff's response to the motion to dismiss is due within 14 days. *See* Local Rule 7(e). Accordingly, it is

**ORDERED** that Plaintiff shall file a response to Defendants' motion to dismiss, (Dkt. #26), within 14 days from the date of this order. The failure to file a response in accordance with this order may result in the dismissal of the case.

**So ORDERED and SIGNED this 25th day of March, 2021.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE