April 30th, 2021

USDC ~ Eastern District of Texas;

Excuse me, I need an update on Case #6:20-cv-00071-JDK-JDL as soon as possible... Thank you!

Sincerely,
Mr. Jamon N. Hestand #1343536
2664 FM 2054
Tennessee Colony, TX 75886 USA

Born: ▮▮▮▮ / SSN: ▮▮▮▮▮▮

*[Stamp: CLERK, U.S. DISTRICT COURT RECEIVED MAY -7 2021 EASTERN DIST. OF TEXAS]*

Mr. Jamon N. Hestand #1343536
Michael Unit; 2664 FM 2054,
Tennessee Colony, TX 75886  USA

(Legal Mail)

USDC - Eastern District of Texas
211 W. Ferguson St.
Tyler, TX 75702  USA

NORTH TEXAS TX P&DC
DALLAS TX 750
5 MAY 2021 PM 3 L

75702-72209