UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **JAMON HESTAND, TDCJ #01343536**<br>*Plaintiff,* | § § § § | |
| v. | § § § | CIVIL ACTION NO. 6:20-CV-00071 |
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET. AL.**<br>*Defendant's.* | § § § § § § | |

## **ORDER**

IT IS ORDERED THAT the court consider Plaintiff Jamon Hestand's Motion to Extend Time for Service of Process from the date of this filing. The Court, after considering Plaintiff's motion, the case file, and the response of the Defendants, if any, is of the opinion that Plaintiff's motion has merit and should be Granted.

IT IS THEREFORE the Order of the Court that the time for effectuating service of summons and complaint upon the 82 named Defendants is extended for a period of 30-days, under Rule 4(m) of the Federal Rules of Civil Procedure, from the date of this Order.