AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Jamon Hestand <br> *Plaintiff(s)* <br> v. <br> Former Corrections Institution Division Director Lorie Davis <br> *Defendant* | Civil Action No. 6:20-CV-00071 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Former Corrections Institution Division Director Lorie Davis; Texas Department of Criminal Justice; Correctional Institutions Division  PO Box 99 Huntsville, TX 77342-0099

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Attorney for Jamon Hestand
Tanika J. Solomon
2120 Welch St. Suite A
Houston, Texas 77019**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/18/21                           David A. O'Toole
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00071

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LORIE DAVIS (DIVISION DIRECTOR)
was received by me on *(date)*: JUNE 07, 2021

☒ I personally served the summons on the individual at *(place)*: 861-B I-45 N Huntsville, Texas 77320 on *(date)* 6/10/2021 at 3:35 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ms. Semmantha Robles, who is designated by law to accept service on behalf of *(name of organization)* Texas Department of Criminal Justice Correctional Institution on *(date)* 6/10/2021 about 3:35 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 75-00 for travel and $ 10.00 for services, for a total of $ 85-00

I declare under penalty of perjury that this information is true.

Date: 6/14/2021

Server's signature

Syed MOAZZAM ALI (Process Server)
PSC-19837  Printed name and title
EXP- May, 31 2023
13715 Mariana Ct. Richmond, TX 77407
Server's address

Additional information regarding attempted services;