AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

|  |  |
|---|---|
| Jamon Hestand<br><br>*Plaintiff(s)*<br>v.<br>Corrections Institution Division Director Bobby<br>Lumpkin<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 6:20-CV-00071

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address):*
    Corrections Institution Division Director Bobby Lumpkin; Texas Department of Criminal Justice;
Correctional Institutions Division  PO Box 99 Huntsville, TX 77342-0099

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Attorney for Jamon Hestand**
> **Tanika J. Solomon**
> **2120 Welch St. Suite A**
> **Houston, Texas 77019**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **5/18/21**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00071

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOBBY LUMPKIN ( DIrector)
was received by me on *(date):* JUNE 7, 2021

☒ I personally served the summons on the individual at *(place):* 861-B I-45N, HUNTSVILLE, TEXAS, 77320 _____ on *(date)* 6/10/2021 at 3:35 PM;or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ms. SAMANTHA Rolses _____ , who is
designated by law to accept service on behalf of *(name of organization)* Texas Department of
Criminal Justice Correctional Institute on *(date)* 6/10/2021 about 3:35 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $ 75.00 for travel and $ 10.00 for services, for a total of $ 85.00

I declare under penalty of perjury that this information is true.

Date: 6/14/2021

_____
*Server's signature*

SYED MOAZZAM ALI ( Process Server)

PSC-19837   *Printed name and title*
EXP- May 31, 2023

13715 Marixna Ct. Richmond, TX 77407

_____
*Server's address*

Additional information regarding attempted services;