IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND, <br> TDCJ NO. 01343536, <br>     *Plaintiff,* <br><br> v. <br><br> TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET. AL., <br>     *Defendants.* | § § § § § § § § § § | CIVIL ACTION NO. 6:20-CV-00071 |

**ORDER ON DEFENDANTS MOTION TO EXTEND DEADLINE TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT [DKT. NO. 20]**

Defendants Lorie Davis and Bobby Lumpkin ("Defendants") moved to extend their deadline to file a responsive pleading to Plaintiff's Amended Complaint. Dkt. No. 20.

Based upon a review of the Defendants' motion, this Court is of the opinion that good cause exists to grant the Defendants their requested extension. The Court therefore issues the following order:

It is hereby **ORDERED** that the Defendants' motion is **GRANTED**. The new deadline to file a responsive pleading to Plaintiff's Amended Complaint is extended to August 2, 2021.

Date:_____

_____
Honorable John D. Love
United States District Magistrate Judge