IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND | § | |
| VS. | § | CIVIL ACTION NO. 6:20cv71 |
| CAPTAIN J. ENGE, ET AL. | § | |

ORDER

Before the Court is Defendants' first motion for an extension of time, (Dkt. #38), in which to file a responsive pleading to Plaintiff's amended complaint and Plaintiff's response to Defendants' motion to dismiss. In support, counsel for Defendants explains that she has been in trial and that additional time will allow her to confer with her clients and to adequately respond. She further explains that she has conferred with Plaintiff's counsel, who does not oppose this request. The request for additional time is reasonable. Accordingly, it is

**ORDERED** that Defendants' motion for an extension of time, (Dkt. #38), is **GRANTED** to the extent that Defendants' responsive pleading concerning Plaintiff's amended complaint and reply to Plaintiff's response shall be filed no later than August 10, 2021. Plaintiff's reply is due no later than August 27, 2021. It is further

**ORDERED** that no further extensions, for either party, will be granted. Additionally, no further attempts to perfect service will be granted—as the record on service in this case is complete, except as to the issue of timely and proper service. Finally, no further pleadings on the issue of service—with the exception to the above-mentioned forthcoming dispositive motion and reply—will be entertained until the question of timely and proper service is resolved.

**So ORDERED and SIGNED this 7th day of July, 2021.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE