IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JAMON HESTAND, <br> TDCJ NO. 01343536, <br>     *Plaintiff,* <br><br> v. <br><br> TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET. AL., <br>     *Defendants.* | CIVIL ACTION NO. 6:20-CV-00071 |

## ORDER

Having read and considered Defendants Lorie Davis and Bobby Lumpkin's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), (6) along with the other pleadings filed herein, the court is of the opinion that the following order shall issue:

It is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

It is further **ORDERED** that any and all claims brought by Plaintiff Hestand against Defendants Lorie Davis and Bobby Lumpkin are **DISMISSED WITH PREJUDICE**.

This order disposes of all claims against Defendants Lorie Davis and Bobby Lumpkin. This Order as to Lorie Davis and Bobby Lumpkin is final and appealable. Any relief not granted herein is specifically denied.