| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS TYLER DIVISION |
|---|---|

JAMON HESTAND,
TDCJ #01343536,

    *Plaintiff*,

v.

TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, ET AL.

    *Defendant*.

§§§§§§§§§§§§

No. 6:20-cv-00071

## **ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE**

On _____, the Court considered Plaintiff's Motion for Substituted Service on eighty-four (84) Defendants.   The Court finds that as to the eight-four (84) Defendants:

1. The facts set forth in the affidavit of due diligence are accepted as true and incorporated herein as if set forth at length.
2. Plaintiff exercised due diligence to serve process on the eighty-four (84) Defendants, at their place of employment located at 2664 FM 2054, Tennessee Colony, Texas 75886.
3. The manner of service ordered herein will be reasonably effective in giving the eighty-four (84) Defendants notice of the suit.

    **IT IS THEREFORE ORDERED** that service of citation may be made on the eighty-four (84) Defendants by leaving a copy of the citation with a copy of the petition and copy of this order attached, with any person 16 years of age or older at the eight-four (84) Defendants place of employment at 2664 FM 2054, Tennessee Colony, Texas 75886.

2

**IT IS FURTHER ORDERED** that proof of service shall be made by the person executing the return, stating when the citation was served, on whom it was served, and where it as served.