*TO: US District Court - Eastern District of Texas
211 W. Ferguson Street, RM 106; Tyler, TX 75702 USA

*RE: Mr. Jamon N. Hestand; TDCJ-CID #1343536
Michael Unit; 2664 FM 2054; Tennessee Colony, TX 75886 USA
*Case #6:20-cv-00071-JDK-JDL

#1) I need copies of all information/data/documents/etc. from Docket #1 up til now so I have full knowledge of each and every Docket # so far from start til now. I also need a overview update of this Suit as I have been given before... I need all this information as soon as possible. I need it all the way up to the filing of this Affidavit.

#2) I do not want this Lawsuit/Case or any Defendants listed so far to be dismissed in my behalf whatsoever without my "Sworn" Consent under penalty of perjury with Federal Law accordingly.

#3) I need the updated "Rules of the Court" for this Eastern District of Texas sent to me as soon as possible also.

"I declare under penalty of perjury that the foregoing is true and correct."

*Executed On: August 19th, 2021

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
Born: [REDACTED]
SS#: [REDACTED]