(Legal Mail)

Mr. Jamon N. Hestand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

U.S. District Court - Eastern District of Texas
211 W. Ferguson Street, RM 106
Tyler, TX 75702 USA

NORTH TEXAS TX P&DC
DALLAS TX 750
20 AUG 2021 PM 9 L

75702-722093

