IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **JAMON HESTAND,**<br>     **TDCJ # 01343536,**<br>          *Plaintiff,*<br><br>v.<br><br>**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.,**<br>          *Defendants.* | C.A. No. 6:20-cv-00071 |

**ORDER**

On this day the Court heard Defendants Lorie Davis and Bobby Lumpkin's ("Defendants") Motion to Substitute Attorney-in-Charge. After considering the Defendant's Motion to Substitute Attorney-in-Charge, the Court is of the said opinion that the following order shall issue:

It is **ORDERED** that Defendant's motion is **GRANTED**.

It is hereby **ORDERED** that Assistant Attorney General Heather L. Dyer shall be entered as the Attorney-in-Charge for Defendants. It is further **ORDERED** that Courtney Corbello shall be removed as an attorney of record in this case.