IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND | § | |
| VS. | § | CIVIL ACTION NO. 6:20cv71 |
| CAPTAIN J. ENGE, ET AL. | § | |

<u>ORDER</u>

Before the Court is Defendants Davis and Lumpkin's motion to substitute counsel, (Dkt. #43), in this pending section 1983 action. Defendants explain that former counsel was administratively reassigned by the Office of the Attorney General to Assistant Attorney General Dyer and requests that former counsel be removed from all future notifications in this case. The motion is reasonable. Accordingly, it is

**ORDERED** that Defendants' motion to substitute counsel, (Dkt. #43), is **GRANTED**. The Clerk of Court is directed to remove former counsel from the docket in this case and to substitute Attorney Dyer in her place.

**So ORDERED and SIGNED this 16th day of September, 2021.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1