IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **JAMON HESTAND,**<br>    **TDCJ # 01343536,**<br>        *Plaintiff*,<br><br>v.<br><br>**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.,**<br>        *Defendants.* | C.A. No. 6:20-cv-00071 |

**DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE, MAJOR ENGE AND OFFICER NEAL'S MOTION TO SUBSTITUTE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

    Defendants Texas Department of Criminal Justice ("TDCJ"), Major Jamadre Enge and Officer Barbara Neal (collectively "Defendants"), by and through the Office of the Attorney General of Texas, file this motion for substitution of counsel. The representation of Defendants has been administratively reassigned by the Office of the Attorney General from Assistant Attorney General Courtney Corbello to Assistant Attorney General Heather L. Dyer.

    Defendants respectfully ask the Court to replace AAG Courtney Corbello with AAG Heather L. Dyer as the counsel for Defendants listed above. AAG Heather Dyer requests that all future correspondence be sent to her at the address listed below and that the Court remove Courtney Corbello from all future notifications and relive her from any future obligations in this matter.

                                                   Respectfully Submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Heather L. Dyer*
**HEATHER L. DYER**
Assistant Attorney General
Attorney-in-Charge
Texas State Bar No. 24123044

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814
heather.dyer@oag.texas.gov

**Attorneys for Defendants TDCJ, Enge, and Neal**

## NOTICE OF ELECTRONIC FILING

I, **HEATHER L. DYER**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Eastern District of Texas, on September 17, 2021.

> */s/ Heather L. Dyer*
> **HEATHER L. DYER**
> Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **HEATHER L. DYER**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served directly to all counsel on record by the Electronic Case Files System of the Eastern District of Texas on September 17, 2021.

> */s/ Heather L. Dyer*
> **HEATHER L. DYER**
> Assistant Attorney General