IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **JAMON HESTAND,**<br>    **TDCJ # 01343536,**<br>        *Plaintiff*,<br><br>v.<br><br>**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.,**<br>        *Defendants*. | C.A. No. 6:20-cv-00071 |

**ORDER**

Defendants Texas Department of Criminal Justice ("TDCJ"), Major Jamadre Enge and Officer Barbara Neal (collectively "Defendants"), Motion to Substitute Counsel. After considering the Defendant's Motion to Substitute Counsel, the Court is of the said opinion that the following order shall issue:

It is **ORDERED** that Defendant's motion is **GRANTED**.

It is hereby **ORDERED** that Assistant Attorney General Heather L. Dyer shall be entered as the Attorney-in-Charge for Defendants. It is further **ORDERED** that Courtney Corbello shall be removed as an attorney of record in this case.