**PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK**

RE: 6:20cv71 _Jamon Hestand_

RECEIVED: #46 R&R

on this_____ day of_____, 20 21, at_____ a.m./p.m.

at _____
(Name of Institution)

_____ _Jamon M. Hestand_
Witness (if by mark)   (Signature, or mark, of addressee)

_____
Witness (if by mark)

**WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____ , 20____ AT _____.**
(Name of Institution)

**Signature of Institution Delivering Agent**

_____
**Witness**

U.S. DISTRICT CLERK RECEIVED OCT 04 2021 EASTERN DIST. OF TEXAS