Mr. Jamon N. Hestand #1343536
Michael Unit, 2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

United States District Court
Eastern District of Texas
211 W. Ferguson St,
Tyler, TX 75702 USA

