USDC-Eastern District of Texas,

*mailed on: 10-28-2021

In regards to "Case #6:20-cv-00071-JDK-JDL"; I need my "Motion For Reconsideration With Objections & Grounds" Copy sent back to me for my file and so I know y'all got it...

For the record - the 14 day time limit including weekends and Holidays is completely unfair to Incarcerated Persons because there was no time for me to get my Motion sent to the Court by Certified Mail with Return Receipt like I really needed done to make sure such serious Legal Mail got where it was going! It's a wrestling match with Prison Mailroom Staff trying to even get it accomplished!--- For example, right now I've already gone 3 days trying to get Certified Mail done with Return Receipt going to Wells Fargo Bank and they still haven't done it but could at any day now but just those 3 days would've made my Motion Late.

Aside from that, I am not getting any communication with or from "Attorney Tanika J. Solomon / T.J. Solomon Law Group, PLLC" since August 19th, 2021 up til now (10-28-2021) and ongoing and I'm not sure what the problem is exactly so I need to know if She is in bad health or if there's interference against Federal Law or if She is still even representing me on this Case or what and I'm asking The Court to please figure out what the problem is because I've tried 8 times so far with no response and I'm about to try with Certified Mail Restricted Delivery once I finish the letter for it... She has most of my Legal Work so y'all know.

Lastly, I still need all the Docket #'s in graphic detail from Docket # 1 up til now and I will be following this letter as soon as I can (I'm really struggling mentally, emotionally, physically, and Spiritually) with another Motion as soon as I get the "Federal Civil Judicial Procedures & Rules Book" from the Law Library again hopefully soon... Please bear with me. I really wish I could personally speak with the Presiding Judge or Judges on this Case under these extra-ordinary circumstances... Until next time...

*Truly, Mr. Jamon N. Hestand #1343536
Michael Unit: 2664 FM 2054
Tennessee Colony, TX 75886 USA