Mr. Jamon N. Hestand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

USDC - Eastern District of Texas
211 W. Ferguson Street
Tyler, Texas 75702 USA

NORTH TEXAS TX P&DC
DALLAS TX 750
28 OCT 2021 PM 9 L

75702-722260



