## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND, #0134353, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:20-cv-71-JDK-JDL |
| | § | |
| TDCJ-CID, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims against Defendants Lorie Davis and Bobby Lumpkin are **DISMISSED WITH PREJUDICE**.  All of Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**.  The statute of limitations as to Plaintiff's claims is **SUSPENDED** for a period of sixty days from the date of this Final Judgment.  All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **5th**  day of **November, 2021.**

_____

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE