UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMON HESTAND,<br>  PLAINTIFF | §<br>§<br>§ | |
| V. | §<br>§ | CASE NUMBER 6:20-CV-00071 |
| CAPTAIN, JAMADRE ENGE | § | |
| CAPTAIN, CAPTAIN, OLIN C. STATHAM, JR. | § | |
| CAPTAIN, CAPTAIN, JASON M. GOULD | § | |
| CHAPLAIN, SAMUEL C. ARCIPRESTE | § | |
| CHAPLAIN, RANDALL S. CLARKE | § | |
| CHAPLAIN, THOMAS R. TAYLOR | § | |
| CORRECTIONS INSTITUTION DIVISION DIRECTOR,<br>BOBBY LUMPKIN | §<br>§<br>§ | |
| FORMER CORRECTIONS INSTITUTION DIVISION DIRECTOR,<br>LORIE DAVIS | §<br>§<br>§ | |
| CORRECTIONS OFFICER, VICTOR V. AFUN | § | |
| CORRECTIONS OFFICER, BARBARA NEAL | § | |
| CORRECTIONS OFFICER, AGUILAR | § | |
| CORRECTIONS OFFICER, MICHAEL O. CASTEEL, | §<br>§ | |
| CORRECTIONS OFFICER, LOURENS A. JACKSON | §<br>§ | |
| CORRECTIONS OFFICER, IAN DAVIS | § | |
| CORRECTIONS OFFICER, KIMBERLY D. THOMPSON | §<br>§ | |
| CORRECTIONS OFFICER, OBADINA S. OMAKA | §<br>§ | |
| CORRECTIONS OFFICER, OLADIPO OLUFEMI | § | |
| DIRECTOR OF CLASSIFICATION, MARK SANDLIN | §<br>§ | |
| DOCTOR, GARY WRIGHT | § | |
| GRIEVANCE INVESTIGATOR, TAMMY L. RAINEY | §<br>§ | |
| GRIEVANCE INVESTIGATOR, BRITTANI F. RODRIGUEZ | §<br>§ | |
| GRIEVANCE INVESTIGATOR, MELISSA B. VIXHA | | |
| GRIEVANCE INVESTIGATOR, MONTE P. NABORS | | |
| GRIEVANCE INVESTIGATOR, DEBBIE L. POOLE | | |
| GRIEVANCE INVESTIGATOR, D. RODEN | § | |
| GRIEVANCE INVESTIGATOR, J. PETERSON | § | |
| GRIEVANCE INVESTIGATOR, T. VASSILICO | § | |

Plaintiff's Motion to Reinstate After Dismissal Without Prejudice - Jamon N. Hestand
1 |

| | |
|---|---|
| GRIEVANCE INVESTIGATOR, KATHY GREY | § |
| GRIEVANCE INVESTIGATOR, KHARI MOTT | § |
| GRIEVANCE INVESTIGATOR, ANDREY VASLJEV | § |
| GRIEVANCE INVESTIGATOR, DAWN M. HUFFMAN | § |
| GRIEVANCE INVESTIGATOR, RACHEL R. ROWLAND | |
| GRIEVANCE INVESTIGATOR, B. BARNETT | § |
| GRIEVANCE INVESTIGATOR, M. BLALOCK | § |
| GRIEVANCE INVESTIGATOR, M. LEWANDOWSKI | § |
| GRIEVANCE INVESTIGATOR, I-0352 | § |
| GRIEVANCE INVESTIGATOR, B. HOWARD | § |
| GRIEVANCE INVESTIGATOR, J. SMITH | § |
| GRIEVANCE INVESTIGATOR, C. MCKELLEN | § |
| GRIEVANCE INVESTIGATOR, TIMOTHY C. JONES | § |
| GRIEVANCE INVESTIGATOR, S. GURROLA | § |
| GRIEVANCE INVESTIGATOR, C. MARTINEZ | § |
| GRIEVANCE INVESTIGATOR, K. WARD | § |
| GRIEVANCE INVESTIGATOR, JESSICA RILEY | § |
| GRIEVANCE INVESTIGATOR, V. BARROW | § |
| GRIEVANCE INVESTIGATOR, I-0964 OIG | § |
| GRIEVANCE INVESTIGATOR, M. TRAVIS | § |
| GRIEVANCE INVESTIGATOR, H. YARBROUGH | § |
| GRIEVANCE INVESTIGATOR, V. BARNES | § |
| GRIEVANCE INVESTIGATOR, B. FERGUSON | § |
| GRIEVANCE INVESTIGATOR, H.M. PEDERSON | § |
| GRIEVANCE INVESTIGATOR, JESSICA BACK | § |
| GRIEVANCE SUPERVISOR, MARGARET M. PRICE | § |
| LIEUTENANT, GWENDOLYN R. FULLER | § |
| LIEUTENANT, SHERRELL D. MCCOY | § |
| LIEUTENANT, SHAYNA M. MCARTHUR | § |
| LIEUTENANT, ERIK. L. BRANNAN | § |
| LIEUTENANT, VERNON L. ALLEN | § |
| LIEUTENANT, DEREK W. LIGHT | § |
| LIEUTENANT (NOW SERGEANT), ELDRICK BIRDOW | § § |
| MAILROOM SUPERVISOR, AMY E. MCCALISTER | § |
| MAJOR, TODD R. FUNAI | § |
| MAJOR, TIMOTHY FITZPATRICK | § |
| MAJOR, SEAN F. MARSHALL | § |
| MAJOR, GUILLERMO M. DELAROSA | § |
| MHPM, DAVID STEBBINS, MD | § |
| PROVIDER, ROSEMARY OFILI | § |
| SARGENT, COLLINS K. SINTIM | § |
| SARGENT, CARLOS U. DURAN | § |
| SARGENT, PRINCE C. HALL | § |
| SERGEANT, ADESANNYA S. ADENIRAN | § |
| SERGEANT, CODY J. GARNER | § |

| | |
|---|---|
| SERGEANT, ABBIE G, ANDREWS | § |
| SERGEANT, DANIEL R. JETT | § |
| SERGEANT, CHASE R. JOHNSON | § |
| SERGEANT, FRANCIS KYEI | § |
| SERGEANT, KAMRY D. KINDER | § |
| SERGEANT, RAHNESIA L. MULLINS | § |
| SERGEANT, SERGEANT MABLE G. SWEAT | § |
| SERGEANT, FRANKLIN G. NZERIBE | § |
| SERGEANT, SERGEANT JOHN H, HOLMES, III | § |
| FORMER TEXAS BOARD OF CRIMINAL | § |
| JUSTICE CHAIRMAN, | § |
| DALE WAINWRIGHT | § |
| TEXAS BOARD OF CRIMINAL JUSTICE | § |
| CHAIRMAN, | § |
| PATRICK O'DANIEL | § |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § |
| EXECUTIVE | § |
| DIRECTOR, BRIAN COLLIER | § |
| WARDEN, DEBORAH G. COCKRELL | § |
| WARDEN, PENNIE R. KEMPT | § |
| WARDEN (NOW ASSISTANT WARDEN), | § |
| CHARLES O. | § |
| MEADOR, WARDEN (NOW DIRECTOR II), | § |
| CAROL E. MONROE, JR. | § |
| DEFENDANTS. | |

## PLAINTIFF'S MOTION TO REINSTATE AFTER DISMISSAL WITHOUT PREJUDICE

Plaintiff, JAMON HESTAND, Movant, brings this Motion to Reinstate After this case was Dismissal Without Prejudice. In support thereof, Movant shows the Court the following:

### Background

Movant was assaulted on February 13, 2018, by TDCJ prison guards acting criminally, negligently, and with deliberate indifference to Plaintiff's health, safety, and human dignity. Plaintiff's rights were continuously violated from that date until the present. On at least two more later dates, he was again assaulted in retaliation for having asserted his rights. Plaintiff specifically complains of February 13, 2018, December 9, 2019; March 9, 2020; April 5, 2020; April 7th, 2020, in which Plaintiff was subjected to continuous and repeated abuse and beatings from prison staff.

The statute of limitations to bring some of its claims in this case tolled on February 13, 2020, On November 5, 2021, this Court dismissed this case and suspended all SOL's against any Defendant for its claims.

Plaintiff had many challenges with serving summons on the defendants in this case because Plaintiff is an inmate in TDCJ and the Defendants are guards and other workers at the prison where he works. As such, the Prison has refused to allow the process server to even enter the property of TDCJ to request these individuals in order to effect service. Plaintiff paid the process server $2,000.00 to complete the service of process. However, the process server returned it with an affidavit attesting to the total lack of cooperation from the prison officials in this matter. (See, Exhibit 1)  This is the primary reason that they have not been served.

Plaintiff, Jamon Hestand, is a chronically mentally ill person who is in solitary administrative segregation. He is not relieved of confinement from his cell.

Plaintiff filed Request for Issuance of Summons as to All Defendants on June 30, 2021. Plaintiff made multiple attempts to locate and to serve his Defendants.  On July 30, 2021, Plaintiff moved for an extension of time to serve all Defendants based on Defendants acts to interfere with service  and the Court extended the deadline to September 1, 2021. The Court dismissed the case. The Court dismissed the case for failure to file proof of service on any of the defendants

## Arguments and Authorities

*Failure to Comply With Time Standards*

A court should grant a motion to reinstate if the Movant shows good cause for its failure to prosecute within the appropriate time standards. The Court should reinstate this case because in spite of the fees paid for service by the attorney on behalf of the indigent Plaintiff, the private process server employed by the Plaintiff was unable to serve Defendants due to lack of cooperation

by Wardens and Staff of TDCJ. The Legal and Human Resources Department for the Texas Department of Criminal Justice have likewise routinely refused to assist or provide employment information or service for each warden to allow a process server on to the units.

Plaintiff filed a Motion for Substituted Service in Lieu of personal service on individuals whom Plaintiff's agent had otherwise not been given access to. (Exhibit 2) If this case is not reinstated on the docket and the remaining Defendants not served or otherwise ordered to answer for their actions in violation of Plaintiff's civil rights; justice will not be served.

Plaintiff, Movant, prays that this Court will grant the motion to reinstate this case on the docket, and grant such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

*Tanika J. Solomon*
Tanika J. Solomon
Texas Bar No. 24055713
2120 Welch Street
Houston, Texas 77019
Telephone: (713) 640-5956
Facsimile: (713) 640-5944
attorney@tjsololaw.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that my office conferred with counsel for the Texas Department of Criminal Justice, and he is opposed.

*Tanika J. Solomon*
Tanika J. Solomon
Attorney for Plaintiff

## CERTIFICATE OF INTERESTED PARTIES TO THE SUIT

The incident(s) that formed the grounds for this action took place while Plaintiff was an offender, assigned to the Michael Unit, his current address is as follows:

**PLAINTIFF**:
Jamon Hestand TDCJ-ID #1343536
Michael Unit 2664 FM 2054
Tennessee Colony, TX 75886

**DEFENDANTS**:

| | | | |
|---|---|---|---|
| Captain | Jamadre Enge | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Captain | Olin C. Statham, Jr. | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Captain | Jason M. Gould | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Chaplain | Samuel C. Arcipreste | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Chaplain | Randall S. Clarke | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Chaplain | Thomas R. Taylor | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Corrections Institution Division Director | Bobby Lumpkin | Texas Department of Criminal Justice Correctional Institutions Division PO Box 9 9 | Huntsville, TX 77342-0099 |
| Former Corrections Institution Division Director | Lorie Davis | Texas Department of Criminal Justice Correctional Institutions Division PO Box 99 | Huntsville, TX 77342-0099 |
| Corrections Officer | Victor V. Afun | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |

| | | | |
|---|---|---|---|
| Corrections Officer | Barbara Neal | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Corrections Officer | Aguilar | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Corrections Officer | Michael O. Casteel, | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Corrections Officer | Lourens A. Jackson | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Corrections Officer | Ian Davis | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Corrections Officer | Kimberly D. Thompson | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Corrections Officer | Obadina S. Omaka | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Corrections Officer | | Oladipo Olufemi | Tennessee Colony TX 75886 |
| Director of Classification | Mark Sandlin | Texas Department of Criminal Justice PO Box 99 | Huntsville, Texas 77320 |
| Doctor | Gary Wright | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Tammy L. Rainey | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Brittani F. Rodriguez | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Melissa B. Vixha | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |

| | | | |
|---|---|---|---|
| Grievance Investigator | Monte P. Nabors | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Debbie L. Poole | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | D. Roden | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | J. Peterson | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | T. Vassilico | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Kathy Grey | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Khari Mott | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Andrey Vasljev | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Dawn M. Huffman | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Rachel R. Rowland | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | B. Barnett | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | M. Blalock | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | M. Lewandowski | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | I-0352 | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | B. Howard | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | J. Smith | | |
| Grievance Investigator | C. McKellen | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Timothy C. Jones | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | S. Gurrola | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | C. Martinez | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | K. Ward | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Jessica Riley | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |

| | | | |
|---|---|---|---|
| Grievance Investigator | V. Barrow | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | I-0964 OIG | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | M. Travis | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | H. Yarbrough | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | V. Barnes | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | B. Ferguson | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | H.M. Pederson | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Investigator | Jessica Back | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Grievance Supervisor | Margaret M. Price | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Lieutenant | Gwendolyn R. Fuller | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Lieutenant | Sherrell D. McCoy | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Lieutenant | Shayna M. McArthur | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Lieutenant | Erik. L. Brannan | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Lieutenant | Vernon L. Allen | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Lieutenant | Derek W. Light | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Lieutenant (Now Sergeant) | Eldrick Birdow | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Mailroom Supervisor | Amy E. McCaliste | Michael Unit 2664 FM 2054 | |
| Major | Timothy Fitzpatrick | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Major | Sean F. Marshall | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Major | Guillermo M. Delarosa | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |

Plaintiff's Motion to Reinstate After Dismissal Without Prejudice - Jamon N. Hestand
9 |

| | | | |
|---|---|---|---|
| MHPM | David Stebbins, MD | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Provider | Rosemary Ofili | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Collins K. Sintim | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Carlos U. Duran | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Prince C. Hall | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Adesannya Adeniran | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Cody J. Garner | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Abbie G. Andrews | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargant | Daniel R. Jett | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Chase R. Johnson | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargant | Francis Kyei | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Kamry D. Kinder | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |

| | | | |
|---|---|---|---|
| Sargent | Rahnesia L. Mullins | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Mable G. Sweat | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | Franklin G. Nzeribe | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Sargent | John H. Holmes, III | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Former Texas Board of Criminal Justice | Dale Wainwright | PO Box 13084 | Austin, Texas 78711 |
| Texas Board of Criminal Justice Chairman | Patrick O'Daniel | Texas Board of Criminal Justice PO Box 13084 | Austin, Texas 78711 |
| Texas Department of Criminal Justice, Executive Director | Brian Collier | 209 West 14th Street, 5th Floor Price Daniel Building | Austin, TX 78701 |
| Warden | Deborah G. Cockrell | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Warden | Pennie R. Kempt | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Warden (Now Assistant Warden) | Charles O. Meador | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |
| Warden (Now Director II) | Carol E. Monroe, Jr. | Michael Unit 2664 FM 2054 | Tennessee Colony, TX 75886 |

## CERTIFICATE OF SERVICE

I certify that pursuant to the Federal Rules of Civil Procedure, a true and correct copy of Plaintiff's Motion to Reinstate was delivered to all parties of record on this the 12th day of November, 2021:

**COURTNEY CORBELLO**
Assistant Attorney General
courtney.corbello@oag.texas.gov
**OFFICE OF THE ATTORNEY GENERAL**
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
**ATTORNEYS FOR TDCJ**

*Tanika J. Solomon*
Tanika J. Solomon
Attorney for Plaintiff

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS TYLER DIVISION |
|---|---|

JAMON HESTAND, §
TDCJ #01343536, §
§
    *Plaintiff*, §
§ No. 6:20-cv-00071
v. §
§
TEXAS DEPARTMENT OF §
CRIMINAL JUSTICE, ET AL. §
§
    *Defendant*. §

## VERIFICATION

BEFORE ME, the undersigned notary public, on this day personally appeared, declare under penalty of perjury of the laws of the United States of America, on this day personally appeared Tanika J. Solomon, who having been duly sworn and upon oath says, "I am the attorney of record in the above styled and numbered cause, and the facts stated in the foregoing Motion to Reinstate are true and correct."

*[signature]*
Tanika J. Solomon
Attorney

SUBSCRIBED AND SWORN BEFORE ME on this 17th day of November, 2021

*[signature]*
Notary Public, State of Texas

LAWANNA REED
Notary Public, State of Texas
Comm. Expires 02-23-2022
Notary ID 128162003

Plaintiff's Motion to Reinstate After Dismissal Without Prejudice - Jamon N. Hestand
13 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JAMON HESTAND, § | |
|     PLAINTIFF § | |
| § | |
| V. § | CASE NUMBER 6:20-CV-00071 |
| § | |
| CAPTAIN, JAMADRE ENGE, ET AL. § | |
|     DEFENDANTS. § | |

### ORDER GRANTING MOTION TO REINSTATE AFTER DISMISSAL WITHOUT PREJUDICE

The Court on _____, considered the Plaintiff's Motion to Reinstate After Dismissal Without Prejudice and after reviewing all the evidence and hearing the arguments of counsel, finds that the Motion should be **GRANTED**.

**IT IS ORDERED** that the Plaintiff's Motion to Reinstate After Dismissal Without Prejudice is **GRANTED** and the above-styled and numbered cause be reinstated on the Court's docket and that counsel of record for the parties be notified of this action.