UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JAMON HESTAND, TDCJ #01343536 § <br> PLAINTIFF § <br> § <br> V. § <br> § <br> TEXAS DEPARTMENT OF CRIMINAL JUSTICE et al. § | CIVIL ACTION NO. 6:20-CV-00071 |

## AFFIDAVIT OF DUE DILIGENCE

I, Syed Moazzam Ali , on the following dates, was the over the age of 18 years, and was not a party to this action.

On June 7, 2021, at approximately 5:30PM, I received Summons and a copy of Plaintiffs Petition to serve all 86 defendants listed on the Complaint.

After multiple attempts to Huntsville, Texas, and to the Michael Unit in Tennessee Colony, I was unable to serve the remaining 84 defendants. I have attempted to serve at administrative offices and at the prison unit.

On Friday, June 11, 2021, at approximately 2:30PM, my attempt to serve the remaining defendants at the following address: 2664 FM2054, Tennessee Colony, TX 75886 was unsuccessful. When I arrived to perform service, the person who identified herself as a Warden, whose name I recall was Smith, directed be away and refused to allow me to inquire about the individuals in my summonses, refused to accept the Summons and advised that she would not allow me on her premises to perform my official duty to serve this summons upon any member of the staff.

After researching and calling around, I attempted another trip to Huntsville on June 15, 2021, at 8:30AM to serve the Summons to the head office, where yet again I was given the run-around and not provided information to assist me with service or to allow me further entrance onto the premises.

I continue to perform due diligence at the request of the Attorney of record for Plaintiff. However, to-date, my efforts have been rejected by supervisors and staff where most of these Defendants are to be found.

I declare under penalty that the forgoing is true and correct

Date: 06/16/2021

AFFIANT'S SIGNATURE

*[signature]*

Syed Moazzam Ali PSC ID #19837

Exp. Date: 05/31/2023