**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JAMON HESTAND,** | § | |
| **PLAINTIFF** | § | |
| | § | |
| **V.** | § | **CASE NUMBER 6:20-CV-00071** |
| | § | |
| **CAPTAIN, JAMADRE ENGE, ET AL.** | § | |
| **DEFENDANTS.** | § | |

**ORDER GRANTING MOTION TO REINSTATE AFTER DISMISSAL**
**WITHOUT PREJUDICE**

The Court on _____, considered the *Plaintiff's Motion to Reinstate After Dismissal Without Prejudice* and after reviewing all the evidence and hearing the arguments of counsel, finds that the Motion should be **GRANTED**.

**IT IS ORDERED** that the *Plaintiff's Motion to Reinstate After Dismissal Without Prejudice* is **GRANTED** and the above-styled and numbered cause be reinstated on the Court's docket and that counsel of record for the parties be notified of this action.