Case #6:20-CV-00071-JDK-JDL   Document   Filed   Page 1 of 2
Mailed On: 11-08-2021 (with proper postage prepaid)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Mr. Jamon N. Hestand | § | |
| VS. | § | CIVIL ACTION NO. 6:20-cv-00071-JDK-JDL |
| TDCJ-CID, ET. AL. | § | |

## MOTION FOR APPOINTMENT OF A SPECIAL MASTER

I, Jamon Nathaniel Hestand; Born: April 27th, 1981; currently incarcerated under the Jurisdiction of the State of Texas, within the TDCJ-CID, hereby request that the Court appoint a Special Master to this Case pursuant to Rule #53 of the Fedral Rules of Civil Procedure for the but not limited to the following reasons:

#1) Due to the extraordinary circumstances of this Case as it should be and should have been along with what has come to the Light for me and the Court at "Document #46" and forward up til now & ongoing...

#2) To investigate the true facts of this Case including but not limited to: any violations of Fedral/State "Civil & Criminal Laws", any violations of my Victims' Rights, etc. and to enforce those Laws & Rights, etc. appropriately/fairly/efficiently/etc.

#3) To Regulate all proceedings.

#4) To compel, take, and record evidence related to this Case appropriately for the Court.

#5) To "if" necessary, impose on any party any noncontempt sanction provided by "Rule 37 or 45" or to Recommend a "Contempt Sanction" against a party or nonparty under Law for the Court / to the Court, etc.

(C.C.)

Case#: 6:20-cv-00071-JDK-JDL Document Filed Page 2 of 2
Mailed On: 11-08-2021 (with proper postage prepaid)

#6) In the name of Justice in my behalf and for the Court related to this Case at hand.

#7) So I can communicate alot more efficiently with the Court with a neutral party on record at any given time in relation to this Case at hand.

#8) For additional help in managing complex litigation.

#9) For upcoming Hearings for: Temporary Restraining Orders/Preliminary Injunctions/Discovery Disputes/Questions of Compliance/etc.

#10) Very possible complex policing to be required.

#11) Enforcement may extend to investigation in ways that are quite unlike the traditional role of Judicial Officers in an adversary system.

*** I understand that there is a process before a Special Master is ever appointed at the Courts discretion such as identifying a Master/Inviting Nominations/Reviewing Potential Candidates/etc. and that party involvement can be particularly useful especially if there is to ever be a possible settlement so basically I'm requesting this process be considered in depth perhaps even with me personally by the Court as soon as possible with a live hearing pertaining to this Motion at Hand. I am aware of Rule #53 and related Law under the Prison Litigation Reform Act and so with that aside I leave this Motion to the Courts discretion but I highly recommend this Motion be granted seriously. Thank you!

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed On: November 7th, 2021
/Jaman Nathaniel Hestand/
"Jaman Nathaniel Hestand"

(c.c.)

Mr. Jamon N. Hestand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

NORTH TEXAS TX P&DC
DALLAS TX 750
9 NOV 2021 PM 10 L

USDC-Eastern District of Texas
211 W. Ferguson St. Rm. 106
Tyler, TX 75702 USA

(Legal Mail)