USDC-Eastern District of Texas/Clerk,        11-15-2021

Excuse me,

Please answer the following questions in relation to "Case #6:20-cv-00071-JDK-JDL" that was Dismissed mostly without prejudice and given a Suspended Statute of Limitations for 60 days for my Claims from November 5th, 2021:

#1) When I refile my Claims, will there be another filing fee?

#2) Or can I do a "Motion for Leave To ~~Amend~~ File an Amended Complaint" and work my way to fixing my Complaint under the same Case #?

#3) Or do I have to file a brand new Complaint about the same Case # or will there be a new Case #?

* I have never read about a Case where someones own Lawyer does so badly as mine did that it causes a Final Judgement like I received based off the failure of my Attorney to represent me, so I'm truly baffled and extremely depressed & frustrated. It's sad as hell and I still have not received any form of communication from Attorney Tanika J. Solomon since August 14th, 2021 up til now at all! I'm trying to get all my things back away from her and do not want her legal representation whatsoever!

Please get back at me as soon as possible --- Thanks!

Sincerely,

Mr. Jamon N. Mestand # 1343536
Michael Unit, 2664 FM 2054
Tennessee Colony, TX 75886 USA

+ P.S. - I am not feeling well at all and I'm forced to endure pain & misery because of this madness that I have to try and fix somehow because of the terrible Legal Counsel! I'm so sad it's crazy as hell but I'm trying...

USDC-Eastern District of Texas / Clerk,                    11-15-2021

Excuse me,

Please send me the following as soon as possible:

#1) 3 Forms for Civil Rights Complaint that combines both actions:
Americans with Disabilities Act, 42 U.S.C. §§ 12101 et seq & Section
1983, 42 U.S.C. §§ 1983.

#2) Local Rules "Table of Contents" included.

#3) List of possible Actions/Causes that can be brought against
a National Bank like Wells Fargo in Federal Court/District Court

#4) 3 In Forma Pauperis Forms


                    A Respectfully,

                    Mr. Jamon N. Hestand #1343536
                    2664 FM 2054
                    Tennessee Colony, TX 75886 USA


+P.S. - Will you please send me all the Dockets from #1
up til now in regards to "Case #6:20-cv-00071-JDK-
JDL" in full detail so I can see everything that
really happened in the Case...

And please send me the "Opinion" in full detail or "Decision"
of the Court in full regarding the forementioned Case too.
                    Thanks much!

Mr. Jamon N. Hestand #1343536
2664 FM 2054
Tennessee Colony, TX 75886

NORTH TEXAS TX PSEDC
DALLAS TX 750
16 NOV 2021 PM 4 L

FOREVER / USA

USDC - Eastern District of Texas / Clerk
211 W. Ferguson ST Rm. 106
Tyler, TX 75702 USA

75702-722099

(Legal Mail)