IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JAMON HESTAND, #0134353, | § |
| Plaintiff, | § |
| v. | §  Case No. 6:20-cv-71-JDK-JDL |
| TDCJ-CID, et al., | § |
| Defendants. | § |

**ORDER DENYING MOTION FOR SPECIAL MASTER**

Plaintiff Jamon Hestand, a Texas Department of Criminal Justice inmate, brings this civil rights lawsuit under 42 U.S.C. § 1983 alleging violations of his constitutional rights while incarcerated at the Michael Unit. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.

Before the Court is Plaintiff's pro se motion for appointment of a special master. Docket No. 54. In his motion, Plaintiff maintains that this is an extraordinary case warranting the appointment of a special master to investigate the true facts, regulate all proceedings, compel and gather evidence, communicate efficiently, and manage complex litigation. Plaintiff, however, remains represented by counsel in this case. Therefore, his pro se motion is not properly before the Court because he has no right to hybrid representation. *See Dean v. Smith Cnty., Tex.*, 90 F. App'x 75, 76 (5th Cir. 2004) (unpublished) ("There is no federal constitutional right to hybrid representation."). Therefore, it is **ORDERED** that Plaintiff's pro se motion for the appointment of a special master (Docket No. 54) is **DENIED**.

So **ORDERED** and **SIGNED** this **22nd** day of **November, 2021.**

                                               JEREMY D. KERNODLE
                                               UNITED STATES DISTRICT JUDGE