UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__TYLER__ DIVISION



__JAMON N. HESTAND__
(Plaintiff)

vs

Case Number: __6:20-cv-00071-JDK-JDL__

__TDCJ-CID__
(Defendant)

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, __Jamon Nathaniel Hestand__, respectfully moves this Honorable Court to appoint an attorney to represent him/her in this suit.

1. List two(2) attorneys who have refused to represent you without payment.
   __Attorney Tanika J. Solomon__
   _____

2. Are you unable to pay an attorney to represent you?   Yes __✓__   No ____

__[signature]__
(Signature of Applicant)

__12-13-2021__
(Date)

Mr. Jamon N. Hestand #1343536
2664 FM 2054
Tennessee Colony, TX 75886

12D75

(Legal Mail)

Clerk
UNITED STATES DISTRICT COURT
Eastern District of Texas
211 W Ferguson ST Rm 106
Tyler, TX 75702

NORTH TEXAS TX PSDC
DALLAS TX 750
14 DEC 2021 PM 8 L