## Sworn Affidavit:

Attorney Tonika J. Solomon has suddenly returned my Client File which I got on December 8th, 2021 here on Michael Unit of TDCJ-CID and it was all mixed up...

It's absolutely insane how this Attorney went all this time throughout this Suit and even before with very little communication or cooperation with me I guess because of my Pro Bono Status I suppose, which is no excuse for bad representation at all!! In fact, if an attorney doesn't want to give 100% of their effort to a Pro Bono Case regarding Human/Civil Rights... then why do it at all?! Because if they don't give 100%, then their half-ass effort can actually put the Client in worse danger than they was already in.

I'm in that danger now and respectfully request The Court to have mercy on me and appoint me an Attorney to represent me in regards to the injustices I have been subjected to in regards to Case #6:20-cv-00071-JDK-JDL... I am disabled in several ways that do adversely affect my Major Life Activities which is very well documented throughout my medical file here in Prison in reality. I am not safe and not ok at all! I am in continuous pain from injuries caused by Prison Officials & Staff on purpose on 2-13-2018/12-9-2019/March 9th, 2020/April 3rd, 2020/April 7th, 2020/etc and I'm mentally ill which I can explain in detail but The Court can easily get my →

medical file at any time.

I am trying to do another Complaint by hand but I am struggling with deep depression that has me thinking very bad thoughts --- I feel like the World is against me and I've been praying trying not to harm myself or others.

My Case issues are very complex and here I've been left high and dry by Attorney Solomon near the end of the deadline and she didn't even try to object to Document #46 which I tried to myself! --- No hybrid representation but what representation was I getting?! I'm very hurt and deeply disappointed ~ I like some of Her work and believe she could do alot better but I think it came down to monetary issues which is a shame...

I have a Court date on 12-20-2021 to for a Criminal Case that ties into my Civil Case which I really want to prove so there days lost and I didn't get the Final Judgement til 5 days after it was issued so I really need more time to be fair to me on the Statute of Limitations especially with Solomon just dry having my things all the way til 12-8-2021 and that's it! Crazy as hell! --- Please give at least 10 to 15 days extra on the Statute of Limitations due to this madness and Please appoint me Counsel too. I suggest Attorney Jeff Blackburn; 718 SW 16th Ave; Amarillo, TX 74101 USA... Thank you and be blessed! ~ "I declare under penalty of perjury that the foregoing is true & correct. Executed On: 12-13-2021   *[signature]*
Jamon N. Heston"

*(margin: My Criminal Case is at Tyler, TX Anderson County 12-20-2021)*