IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JAMON N. HESTAND
    Plaintiff
        V.                                      § Case No. 6:20-cv-00071-JDK-JDL
TDCJ-CID, et.al.
    Defendants

            * PRO SE
MOTION FOR EXTENSION OF
STATUTE OF LIMITATIONS TIME



    I, Jamon Nathaniel Hestand the actual Plaintiff for this Case hereby request the Court to grant me an extention of the statute of limitations for this Case up to at least 30 more days due to some very serious facts that I present here in this motion to the Court for the Court to please consider in the name of Justice & Mercy.

    First of all, Attorney Tanika J. Solomon no longer represents me at all since December 5th, 2021 when She sent my File back to me after 30 days from the Final Judgement that I believe could've been avoided with a Motion For Reconsideration with Objections & Grounds and/or with alot more serious attention on my Case... I got the File Box back on December 10th, 2021 and I also did not receive the Final Judgement from the Court until November 10th, 2021! And I did not

Page #1

get any communication from Attorney Solomon until November 19th, 2021 which was the first time I heard from Her since August 19th, 2021! And the JPAY letter from November 19th, 2021 I didn't actually receive until November 22nd, 2021!

With all due respect---I am literally traumatized to the point where I have been having the most very negative thoughts imaginable about self harm and I'm trying to fight it off but I am deeply hurt mentally, physically, emotionally, and spiritually. I am tortured and can't believe an attorney could not get to the point where the truth of my claims could come to the Light in Discovery for all of us to see that my claims are true although from what I have seen I'm having to fix my whole Complaints to get everything correct and have made it to the start of my FACTS but here I am interrupted by a transport to Criminal Court for a Plea Hearing on December 20th, 2021 here in Anderson County for a Criminal Charge that does in fact tie into the Civil Case here at hand which done correctly is very complex with so many defendants (100+) and several levels of action (42 USC section 1983, 1985, 1986 & 42 USC § 12101 etc) that should've already been done but I guess due to my Pro Bono Status I could not get 100% effort towards my Case obviously and very sadly which is an incredible shame because being Pro Bono doesn't mean I deserve injustice and half effort representation with hardly any communication or cooperation from my Legal Representative!

Aside from that craziness, I am in alot of pain from what these Prison Officials & Staff did to me on 2-13-2018/12-9-2019/3-9-2020/ 4-5-2020/4-7-2020/etc, and my medical issues have never →

Page #2

been resolved and the Office of the Inspector General keeps denying me my Victims' Rights for these felony crimes committed against me!

Please give me more time ~ I am working on the Complaint but I really wish I had a decent Lawyer to help me do what should have already been done. I am poor so I will be coming with Informa Pauperis paperwork soon as I can thru this wrestling match from hell that has me truly ill. I want a fair chance to overcome this most incredible adversity.

I am disabled on several levels physically, mentally, emotionally, and spiritually that do in fact adversely affect my major life activities. I'm not proud of it but I speak the truth. I do not feel good at all and I already know this transport I'm about to go on is going to make me suffer even more! It's sad because Soloman should have used restraining orders & preliminary injunctions to protect me from the start and move me close to Hospital Galveston and get me proper medical care and so on & so forth but my request for such were ignored obviously so anyways I hope the Court has mercy on me. This Solitary Confinement has truly tortured me to where I am damaged for Life. I'm gonna need therapy mentally & physically continuously which is something I don't get in here at all! I feel abandoned dear Judge like the world is against me and it has me sick inside and I struggle to figure out why all this hatred is upon me! I don't want the evil and I regret any evil done but these People who represent the Law must also follow it too and they don't have a right to destroy me and ⟶

page #3

my Life like this. I have flashbacks on a regular basis and feel pain throughout my body non-stop. I see & hear things that others don't with few exceptions. & I don't remember what it's like not feeling pain anymore...

I'm messed up but I think I can get the Complaint back in the Court and request appointment of Counsel and I'll try to file some more motions for consideration since I am now Pro Se. This Case should be re-instated for me due to this most outrageous pile of madness or at least give me time to get the Complaint done properly as best as I can because I really am trying after being left in the dust like this.

Please excuse my craziness --- Please give me more time on the Statute of limitations and/or re-instate the Case so I can fix it and please appoint me Counsel so nothing else goes wrong ~ I already suggested Attorney Jeff Blackburn if possible... Anyways it's 3:46am of 12-16-2021 and I have to get this Motion to the Court. Thank you for your consideration of this serious matter. I do not have Counsel so if Soloman has not withdrawn from this Case, she sure needs to after sending all my stuff back! I really want to say something messed up but I'm trying to restrain myself! Crazy as hell!

"I declare under penalty of perjury that the foregoing is true and correct."

Executed On: 12-16-2021

Jomon Nathaniel Hestand

Jomon Nathaniel Hestand"

Page #4

Mr. Jamon N. Hestand #1349536
Michael Unit, 2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

Clerk
USDC - Eastern District of Texas
211 W. Ferguson ST Rm 106
Tyler, TX 75702 USA
901 W. Bell ST PLK
Tyler, TX 75702 USA



NORTH TEXAS TX PSDC
DALLAS TX 750
16 DEC 2021