# TABLE OF CONTENTS IN GENERAL

CAPTION ............................................................ Page #1-3

JURISDICTION & VENUE (Section 1&2) .......... Page #3-4

PLAINTIFF (Section 3) .................................. Page #4

DEFENDANTS (Section 4-103) ................. Page #4-7

FACTS (Section 104-145) ........................ Page #7-34

LEGAL CLAIMS (Section 146-149) .......... Page #34-37

PRAYER FOR RELIEF (Section 150-157) .. Page #37-43

VERIFICATION .......................................... Page #43

# Section Page#s

| Section | Page# |
|---|---|
| Section 1 | Page #3-4 |
| Section 2-15 | Page #4 |
| Section 16-54 | Page #5 |
| Section 55-93 | Page #6 |
| Section 94-104 | Page #7-10 |
| Section 105-107 | Page #10-11 |
| Section 108 | Page #11-12 |
| Section 109 | Page #12-13 |
| Section 110 | Page #13-14 |
| Section 111 | Page #14-17 |
| Section 112-116 | Page #17-18 |
| Section 117-120 | Page #18-19 |
| Section 121-123 | Page #19 |
| Section 124-127 | Page #20-21 |
| Section 128 | Page #21-22 |
| Section 129-131 | Page #22-23 |
| Section 132-133 | Page #23-24 |
| Section 134 | Page #24-25 |
| Section 135 | Page #25-27 |
| Section 136 | Page #27-29 |
| Section 137-139 | Page #30-31 |
| Section 140-143 | Page #31-32 |
| Section 144 | Page #32-33 |
| Section 145 | Page #33-34 |
| Section 146 | Page #34-35 |
| Section 147 | Page #35-37 |

Section 148—150                                    Page#37-38
Section 151                                        Page#38-42
Section 152—157                                    Page#42-43