# SWORN AFFIDAVIT

I, Jamon Nathaniel Hestand, the Plaintiff, here with this Sworn Affidavit; present my Complaint on time in reference to the Statute of Limitations extension in regards to Case #6:20-cv-00071-JDK-JDL at USDC-Eastern District of Texas and I have brought forth more FACTS and cleaned up others, but even so, there are alot more FACTS that I need to bring forth to the Light of Truth & Justice and there will be even more FACTS that arise in Discovery which will add more Defendants. These Defendants have committed an enormous amount of actual Felony Crimes against me so that I am injured with forever pain and so that they have subjected me to a Conspiracy against my rights to obstruct Justice for Crimes committed against me by them such as: Conspiracy against my rights / Obstruction of Justice / Torture / Sexual Assault & Battery with serious injury / Assault and Battery with serious bodily injury / Abuse of Office / Official Oppression / Terroristic Threats / Deadly Conduct / False Statements on Official Records / etc. ~ It's madness but true... These Defendants were evading service from Attorney Tonika J. Solomon because they know what they have done to me and know they will be in very serious trouble! I am not safe in the TDCJ-CID at all anymore! I am willing to take Polygraph Test for the FACTS I presented to the best of my knowledge!

Fedral Law only demands the Fedral Court borrow the Statute of Limitations from State Law if it's consistent with Fedral Law which it is not when it only supports a Conspiracy to obstruct Justice for actual Torture perpetrated against by Defendants unto me! --- It is right now early morning of January 3rd, 2022 12:50am and I am about to bring this to a close after a I add some important factors on the next page.

Page #1 of 2

I do have around 200 Grievances / Stacks of I-60s & Sickcalls / Several Sworn Affidavits / Several Witness Statements / etc. ~ there's gonna be Video & documentary evidence as we move forward ~ there's so much evidence there's no way I can do it alone ~ this is an extraordinary Case with multiple Causes of Action with a very large amount of Defendants and the Legal Issues are very complicated and there will be a major investigation that I can not do alone. I need Counsel such as the ACLU because of my Disabilities and due to the massive totality of serious conditions at hand with the need for cross-examination of witnesses and expert testimony will be required on multiple accounts... I I wish the Court would re-instate the Case with this new Complaint in Light of the FACTS I have presented but I have included "In Forma Pauperis" Papers / Summons / 6 months worth of Inmate Trust Fund Slips and a receipt (because the Law Library here at Michael Unit would not bring the printout on purpose so I included a copy of an I-60 where I tried 3 times) along with the Complaint...

Please appoint a Special Master to my Case and please take me into Fedral Custody for my Safety & health as soon as possible... I should never have been left on Michael Unit! They knew and still did it too me! I never had a contract with Attorney Tanika J. Solomon ~ She was simply Pro Bono using Her own time & money to help ~ We should have made me Pro Se and appointed Her so She could at least get paid and overcome the evasion of service with the Marshall Service! These Defendants are denying me Justice and I'm being denied pain medication for weeks as I struggle to finish this... Here I come...

"I swear under penalty of perjury that the fore-going is true and correct to the best of my Knowledge. Executed On: January 3rd, 2022 1:23 am

*Mailed Out with Complaint On: January 3rd, 2022

Jamon Nathaniel Hestand
Jamon Nathaniel Hestand"

"I'm putting this mail on my door at my cell at Michael Unit 12 Building D-Pod 75 cell at 2:00 am