JaMon N. Hestand #1345536 / Michael Unit,
2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

United States District Court
Eastern District of Texas
211 W. Ferguson St.
Tyler, Texas 75702 USA

