IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_Tyler_ DIVISION

_Jamon N. Hestand #1343536_
Plaintiff's name and ID Number

_TDCJ-CID / Michael Unit_
Place of Confinement

CASE NO. _6:20 CV 71_
(Clerk will assign the number)

V.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

_TDCJ-CID / OIG, et. al._
Defendant's name and address

RECEIVED
JAN - 5 2022
Clerk, U.S. District Court
Texas Eastern

I, _Jamon N. Hestand_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?    Yes ☐   No ☑
   b. Rent payments, interest or dividends?            Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?  Yes ☐   No ☑
   d. Gifts or inheritances?                           Yes ☐   No ☑
   e. Family or friends?                               Yes ☑   No ☐
   f. Any other sources?                               Yes ☑   No ☐

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _I've gotten E-COMMs from Hubbard & Solomon / I had gotten $3200 from IRS but it's down to $180 now and no more is coming._

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?    Yes ☑ _JNH_   No ☐

   If you answered YES to any of the questions above, state the total value of the items owned.

   _Only $180 on my inmate account and I'm gonna have to use some of that to get more supplies for this struggle_

1

☆ATCIFP (REV. 9/02)

Jamon N. Hestand #1343536 / Michael Unit,
2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

United States District Court
Eastern District of Texas
211 W. Ferguson St.
Tyler, Texas 75702 USA

