**SUBJECT:** State briefly the problem on which you desire assistance. (carbon copied)

Excuse me, I have requested a 6 month history of my Inmate Trust Account now 3 times consecutively, (12-27-2021/12-29-2021/and now 12-30-2021) so please send/bring it to me as soon as possible so I can send it to USDC-Eastern District of Texas... Thank you and have a nice day.

Sincerely, James M. Hestand

Name: Mr. J. Hestand    No: 1373536    Unit: Michael

Living Quarters: 12D-75 cell    Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

☆ I-60 (Rev. 11-90)

| | | | | | |
|---|---|---|---|---|---|
| 48.89 MEDICAL CO-PAY OWED: | .00 | LOCATION: | 12-D-F ROW-1 7L | UNIT: | MI |
| FEDERAL COURT FEE OWED: | .00 | NAME: | HESTAND, JAMON | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: | 11/30/21 | ACCOUNT NUMBER: | 01343536 |
| INDIGENT SUP. OWED: | .00 OTHER HOLD AMOUNT | .00 | | BEGINNING BALANCE: | 592.79 |

| | | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|---|
| 11/21 | | | | | |
| 02 | CM | | 154.70 | | 438.09 |
| 16 | CM | | 130.67 | | 307.42 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| 67,946 MEDICAL CO-PAY OWED: | .00 | LOCATION: 12-D-F ROW-1   75 | UNIT: MI |
|---|---|---|---|
| FEDERAL COURT FEE OWED: | .00 | NAME: HESTAND, JAMON | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 10/29/21 | ACCOUNT NUMBER: 01343534 |
| INDIGENT SUP. OWED: .00 | OTHER HOLD AMOUNT  .00 | BEGINNING BALANCE: | 809.13 |

| ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|
| 10/21 | | | |
| 04 CM | 99.22 | | 709.91 |
| 19 CK | 117.12 | | 592.79 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | |
|---|---|---|
| 67. 145 MEDICAL CO-PAY OWED: | .00 | LOCATION: 12-D-F ROW-1 75  UNIT: MT |
| FEDERAL COURT FEE OWED: | .00 | NAME: HESTAND, JAMON |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 09/30/21   ACCOUNT NUMBER: 01343536 |
| INDIGENT SUP. OWED: .00 OTHER HOLD AMOUNT | .00 | BEGINNING BALANCE: 1,068.82 |

| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 09/21 | | | | |
| 01 | OP DSHS VSS | 44.00 | | 1,024.82 |
| 08 | CM | 117.12 | | 907.70 |
| 21 | CM | 98.57 | | 809.13 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | | | |
|---|---|---|---|---|---|
| 67,689 MEDICAL CO-PAY OWED: | .00 | LOCATION: 12-D-F ROW-1 75 | | UNIT: | MI |
| FEDERAL COURT FEE OWED: | .00 | NAME: HESTAND, JAMON | | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 08/31/21 | ACCOUNT NUMBER: | | 01343536 |
| INDIGENT SUP. OWED: .00 | OTHER HOLD AMOUNT .00 | | BEGINNING BALANCE: | | 2,426.52 |

| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 08/21 | | | | |
| 04 | OP CAROLYN FLORES CONPALS | 350.00 | | 2,076.52 |
| 04 | OP LISSA HARTIGAN | 800.00 | | 1,276.52 |
| 09 | CM | 107.20 | | 1,169.32 |
| 25 | CM | 100.50 | | 1,068.82 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | MEDICAL CO-PAY OWED: | 48,302 | .00 | LOCATION: 12-D-F ROW-1 75 | | UNIT: MI |
|---|---|---|---|---|---|---|
| | FEDERAL COURT FEE OWED: | | .00 | NAME: HESTAND, JAMON | | |
| | TEXAS COURT FEE/CHARGE OWED: | | .00 | DATE: 07/30/21 | ACCOUNT NUMBER: | 01343536 |
| INDIGENT SUP. OWED: | | .00 | OTHER HOLD AMOUNT .00 | | BEGINNING BALANCE: | 2,560.71 |

| 07/21 | ITEM/DESCRIPTION | | | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|---|---|
| 01 | AB 000237 000000 | POSTAGE | | 2.37 | | 2,558.34 |
| 07 | AB 000224 000000 | POSTAGE | | 2.24 | | 2,556.10 |
| 07 | OP MI CLEARING | | | .20 | | 2,555.90 |
| 14 | AB 000134 000000 | POSTAGE | | 1.34 | | 2,554.56 |
| 16 | AB 000192 000000 | POSTAGE | | 1.92 | | 2,552.64 |
| 22 | AP 2107220933 | | | | 1.07 | 2,553.71 |
| 22 | AB 000107 000000 | POSTAGE | | 1.07 | | 2,552.64 |
| 22 | AB 000107 000000 | POSTAGE | | 1.07 | | 2,551.57 |
| 29 | CM | | | 125.05 | | 2,426.52 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | | | |
|---|---|---|---|---|---|
| 68,180 MEDICAL CO-PAY OWED: | .00 | LOCATION: 12-D-F ROW-1 75 | | UNIT: | MI |
| FEDERAL COURT FEE OWED: | .00 | NAME: HESTAND, JAMON | | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 06/30/21 | ACCOUNT NUMBER: | | 01343536 |
| INDIGENT SUP. OWED: .00 | OTHER HOLD AMOUNT .00 | | BEGINNING BALANCE: | | 2,680.10 |

| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 06/21 | | | | |
| 01 | PH LG MO  EXP:2021  1,400.00 | | | |
| 01 | PH LG MO  EXP:2021  1,800.00 | | | |
| 01 | CM | 117.77 | | 2,562.33 |
| 10 | WP WEB SALE T SOLOMON | | | 2,562.33 |
| 11 | WS RECEIPT OF WEB SALE | .00 | | 2,562.33 |
| 14 | RH            1,400.00 | | | |
| 14 | RH            1,800.00 | | | |
| 29 | AB 000162 000000   POSTAGE | 1.62 | | 2,560.71 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.