Commissary & Trust Fund
MICHAEL UNIT 'A'
Commissary Purchase Receipt

Date: 12/06/21
Time: 5:33:22
Location...: 0361 - 08
Salesperson: SM00338

Purchaser Name:
HESTAND,JAMON
Housing: 12-D-F ROW-1  CELL75
ID Number: 01343536

Begin Acct. Bal:        $307.42
Begin Spend Limit:      $95.00

01042 STAMP-FOREVER .58
   30 @      .58     17.40
00117 D-DEODORANT STK 3
    1 @     2.50      2.50
01328 WRITING TABLET 50S
    1 @     2.25      2.25
01351 BLACK INK PEN/OFF
    3 @      .30       .90
01311 CARBON PAPER-25 PK
    1 @     4.75      4.75
01329 TYPING PAPER PD-50
    1 @      .95       .95
01335 ENVELOPE #10 BUSIN
   20 @      .05      1.00
00022 H-BOTTLED WATER
   24 @      .15      3.60
09972 DETERGENT-CRYSTAL
    1 @     2.35      2.35
00094 DIAL BAR SOAP ANTI
    5 @      .20      1.00
00190 *HOT SAUCE
    1 @      .80       .80
00378 *JALAPENO PEPPERS
    5 @      .30      1.50
00216 *DILL PICKLE 15 OZ
    2 @      .70      1.40
00263 SANDWICH SPREAD
    1 @     1.40      1.40
00868 SPICE-ONION POWDER
    1 @      .95       .95
00866 SPICE-GARLIC POWDR
    1 @      .95       .95
00208 RANCH DRESSING
    5 @      .25      1.25
00238 CHEESE SQZ JALAPEN
    1 @     2.10      2.10
40016 ICE CREAM-PINT
    2 @     2.35      4.70

00079 *COLOMBIAN COFFEE
    1 @     2.50      2.50
00064 CAPPUCCINO-FRNH VA
    3 @     1.55      4.65
00182 H-RAMEN-L/S SP VEG
   24 @      .30      7.20
00075 *INSTANT RICE 8 OZ
    2 @     1.05      2.10
00070 *POTATOES-4CHEESE
    1 @     2.05      2.05
01193 *PEPPERMINT STICK
   30 @      .10      3.00
01189 JAWBREAKERS-CINNAM
    1 @     1.55      1.55
00050 JALP CHEESE PUFF
    1 @     1.85      1.85
09742 SPICY SNACK MIX
    1 @     1.65      1.65
00092 *JALAP PEPPER CHIP
    1 @     1.50      1.50
09305 *CORN CHIPS 16 OZ
    1 @     1.75      1.75
00060 FRITO LAY SMALL BA
    4 @      .55      2.20
00310 H-CHUNK CHICKEN
    1 @     2.55      2.55
00171 V-H-PINK SALMON
    2 @     1.95      3.90
00362 H-CHICK CHILI W/BN
    1 @     1.60      1.60
09358 BEEF SUMMR SAUSG
    2 @     1.85      3.70
28810 TOILET TISSUE 80
    2 @      .60      1.20
01230 VITAMIN E 200IU SO
    1 @     2.65      2.65
02411 H*LEMON/LIME ELCT
   30 @      .15      4.50
01220 CHESS SET-BRN&TN
    1 @     8.00      8.00
09646 H-ALMONDS 5 OZ
    1 @     1.80      1.80
00032 *POTATO CHIPS 2 OZ
    5 @      .65      3.25
00011 *SPRITE 12 OZ CAN
   10 @      .55      5.50
02410 V-H*ORANGE ELCT DR
   30 @      .15      4.50

Transaction Quantity:     262
Transaction Total:    $126.90
Sales Tax Included      $2.22
Ending Balance:       $180.52

Beginning Balance:      $307.42
Begin Spend Limit:      $95.00
End Spend Limit:         $.75

THUMBPRINT

SIGNATURE

* * * * * * * * * *

Notice: Effective November 1,
2021, the Embarg Debit Account
will now be called Securus
Debit Account. You will no
longer be charged taxes at the
Commissary when transferring
money to your Securus Debit
Account. Calls made with the
debit option will be charged
$0.06 per minute plus any
applicable taxes and fees.