PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: Jamon Hestand #134353
RECEIVED: 6:20-CV-71 #60
on this 10 day of Jan, 20 22, at 830 a.m./p.m.
at Michael Unit
(Name of Institution)

Witness (if by mark)       (Signature, or mark, of addressee)

Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____ , 20_____ , AT_____.
(Name of Institution)

Signature of Institution Delivering Agent

Witness